---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____     Chapter __11__

☐ Check if this is an amended filing

**Official Form 201**

## Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Brougher, Inc** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **dba Forge USA** |
| 3. | Debtor's federal Employer Identification Number (EIN) | _7_ _6_ – _0_ _6_ _2_ _0_ _7_ _1_ _8_ |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **8881 Hempstead Rd**<br>Number    Street | _____<br>Number    Street |
| | P.O. Box |
| **Houston**          **TX**    **77008**<br>City          State    ZIP Code | _____<br>City          State    ZIP Code |
| **Harris**<br>County | **Location of principal assets, if different from principal place of business** |
| | _____<br>Number    Street |
| | _____<br>City          State    ZIP Code |

5. **Debtor's website (URL)**     **www.forgeusa.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Brougher, Inc** _____  Case number (if known) _____

**7.   Describe debtor's business**

*A.  Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

  __3__  __3__  __2__  __1__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.   *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                                MM / DD / YYYY

          District _____  When _____  Case number _____
                                                MM / DD / YYYY

          District _____  When _____  Case number _____
                                                MM / DD / YYYY

Debtor  **Brougher, Inc**_____   Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list.

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ | When _____ |
| | MM / DD / YYYY |
| Case number, if known _____ | |

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ | When _____ |
| | MM / DD / YYYY |
| Case number, if known _____ | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number        Street

_____

_____
City                              State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

### ▮ Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **Brougher, Inc** _____     Case number (if known) _____

| 14. | **Estimated number of creditors** | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | **Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | **Declaration and signature of authorized representative of debtor** | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|
| | | ■ I have been authorized to file this petition on behalf of the debtor. |
| | | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/02/2016**
       MM / DD / YYYY

**X /s/ Wade Brougher** _____     **Wade Brougher** _____
      Signature of authorized representative of debtor          Printed name

Title **President** _____

| 18. | **Signature of attorney** | **X /s/ Julie M. Koenig** _____ | Date **11/02/2016** |
|---|---|---|---|
| | | Signature of attorney for debtor | MM / DD / YYYY |

**Julie M. Koenig** _____
Printed name

**Cooper & Scully, P.C.** _____
Firm name

**815 Walker St., Suite 1040** _____
Number        Street

_____

**Houston** _____     **TX**     **77002**
City                                 State     ZIP Code

**(713) 236-6800** _____     **julie.koenig@cooperscully.com** _____
Contact phone                               Email address

**14217300** _____
Bar number                        State

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  **Brougher, Inc**

Case No. _____

Chapter   **11**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept...........................Hourly: Estimated Total   **$100,000.00**

Prior to the filing of this statement I have received........................................................   **$25,014.00**

Balance Due...........................................................................Hourly: Approximately   **$74,986.00**

2. The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d. [Other provisions as needed]

**Preparation and filing the Disclosure Statement and Plan of Reorganization; preparing and prosecuting emergency motion of cash collateral, preparing and prosecuting other pleadings as become necessary during the Chapter 11 proceeding.**

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid black">

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| __11/02/2016__ | __/s/ Julie M. Koenig__ | |
|---|---|---|
| *Date* | *Julie M. Koenig* | Bar No.  14217300 |
| | Cooper & Scully, P.C. | |
| | 815 Walker St., Suite 1040 | |
| | Houston, TX 77002 | |
| | Phone: (713) 236-6800 / Fax: (713) 236-6880 | |

</div>

__/s/ Wade Brougher__

*Wade Brougher*
*President*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Brougher, Inc**                                    CASE NO

                                                              CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  11/2/2016 _____          Signature  **/s/ Wade Brougher** _____
                                                    **Wade Brougher**
                                                    **President**


Date  _____            Signature  _____

A & M Technical Services, Inc.
4102 Lauder Road
Houston, TX 77039


A&A Pallet Co
10350 W Montgomery Rd
Houston, TX 77088


A. Finkl & Sons
P.O. Box 92576
Chicago, IL 60675-2576


A. J. Hurt Jr., Inc. dba Hurt Company
P O BOX 958427
ST. Louis, MO 63195-8427


A.W.Chesterton Co.
500 Unicorn Park Dr
Woburn, MA 01888


Advanced Overhead Crane Service
22531 FM 2100
Crosby, TX 77532


Airgas Inc.
259 N. Radnor-Chester Rd
Radnor, PA 19317


Allied Insurance
PO BOX 514540
Los Angeles, CA 90051-4540


Alterra Bank
11300 Tomahowk Creek Pkwy, Suite 100
Leawood, KS 66211

American Express
P. O. Box 360001
Ft Lauderdale, FL 3336-0001


ArcelorMittal Steel USA
28783 Network Place
Chicago, IL 60673-1287


Armstrong Transport Group, Inc.
PO BOX 150370
Ogden, UT 84415


ASW Steel Inc.
P. O. Box 56
Welland Ontario L3B 5N9, CANADA


Attorney General
Department of Justice
10th and Constitution Ave N.W.
Rm. 400
Washington, D.C. 20530

ATTORNEY GENERAL
TAX DIV. - BANKRUPTCY
POB 12548
AUSTIN, TX  78711


Bass Tool & Supply Inc.
2300 Fairway Park Drive Ste 100
Houston, TX 77092


BBVA Compass - 8176
PO Box 2210
Decatur, AL 35699


Blake Partners
8881 Hempstead Road
Houston, TX 770008

Bobcat of Houston
P.O. Box 846271
Dallas, TX 75284-6271


Bourn & Koch Inc
JP Morgan Chase
Chicago, IL 60678-1368


Bracewell & Giuliani, LLP
P.O. Box 848566
Dallas, TX 75284-8566


Brian Service and Calibration
P.O. Box 1348
Pearland, TX 77588


Bud Griffin Customer Support
5010 Teminal St
Bellaire, TX 77401


Carbide and Supply, Inc.
4311 FM 2351
Friendswood, TX 77546


Cardmember Services
P O BOX 94014
PALATINE, IL 60094-4014


CDS Transport, Inc.
P.O. Box 100
Heber City, UT 84032-3200


Champion Fastners
10624 Tower Oaks
Houston, TX 77070

Chemsearch
PO Box 971269
Dallas, TX 75397-1269


Chemtool. Inc.
Lockbox #777161
Chicago, IL 60677-7001


Cintas Corporaton
PO Box 650838
Dallas, TX 75265-0838


City of Houston Permit Section
P.O. Box 2688
Houston,, TX 77252


Controlled Fluids, Inc.
PO Drawer 1914
Beaumont, TX 77704


Cooper & Scully, P.C.
815 Walker St., Suite 1040
Houston, TX 77002


Core Refractory Systems
4555 Homestead Suite 606
Houston, TX 77028


COSS Systems Corporation
26 Arcadia Road, Suite 5
Old Greenwich, CT 06870


Crane Masters Inc.
P. O. Box 1147
Splendora,, TX 77372

Culligan
3201 Premier Dr, Ste #300
Irving, TX 75063-2658


Culligan
3201 Premier Dr. Suite 300
Irving, TX 75063


Cutting Tools, Inc.
P.O. Box 41109
Houston, TX 77241-1109


D & P Technologies, Inc.
1001 1/2 West 34th Street
Houston, TX 77018


D&S Machine Works, Inc.
4136 Pinemont Dr.
Houston, texas 77018


D.C.G. Machine, Inc
1001 Cherokee Trace
White Oak, TX 75693


Dahill
P.O. Box 314
San Antonio, TX 78292-0314


DATAWATCH Systems, Inc.
P. O. Box 79845
Baltimore, MD 21279-0845


DE LAGE LANDEN Financial Services, INC
1111 Old Eagle School Road
Wayne, PA 19087

Dealers Electrical Supply
4433 Airline Drive
Houston, TX 77022


Dell Financial Services
P. O. Box 5292
Carol Stream, IL 60197-5292


Delta Refractories, Inc.
21557 Provincial Blvd., Suite A
Katy, TX 77450


DXP Enterprises, Inc.
P.O. Box 201791
Dallas, TX 75320-1791


Element
P.O.Box 841774
Dallas, TX 75284-1774


Ensource Corporation
PO Box 691005
Houston, TX 77269


FedEx
P.O. Box 660481
Dallas, TX 75266-0481


First Insurance Funding
PO Box 7000
Carol Stream, IL 60197-7000


FORT BEND TAX APPRAISAL DISTRICT
2801 B.F. Terry Blvd (FM 2218)
Rosenberg, TX 77471

Franklin Research Associates Corporation
11354 Jones Road West
Houston, TX 77065


Frisa Forjados S.A. DE C.V.
Valentin G. Rivero No. 127
Col. Los Trevino Sta. Catarina,, N.L. Me


G & K Services
P. O. Box 842385
Boston, MA 02284-2385


GALVESTON COUNTY TAX OFFICE
P.O. BOX 1169
GALVESTON, TX 77553-1169


GE-Max
1001 E. Village Ct.
Pasadena, TX 77506


Gene's Machine, Inc.
405 Berwick Street
Victoria, TX 77904


Global Practice Solutions
6203 Jadecrest Dr.
Spring, TX 77389


Global Tranz Enterprise, Inc.
5415 E High Street, Bldg A9 Suite 460
Phoenix, AZ 85054


Goolsby Testing Inc.
P. O. Box 1416
Humble, TX 77347

Gorman's Uniform Rental, Inc.
9021 Katy Freeway
Houston, TX 77024


Grainger, Inc.
Dept 842179947
Kansas City, MO 64141-6267


Groves Industrial Supply
4814 Solution Center
Chicago, IL 60677-4008


Harris County
c/o John Dillman
PO Box3064
Houston, TX  77253-3064


HARRIS COUNTY/CITY OF HOUSTON
C/O BANKRUPTCY DEPT
PO BOX 3064
HOUSTON, TX  77253-3064


Heritage-Crystal Clean, LLC
13621 Collections Center Drive
Chicago, Il 60693-0136


Hilti, Inc.
Dept. 0890
Dallas, TX 75312-0890


Hocker Incorporated
13402 Weiman Rd.
Houston, TX 77041-2542


Iglesias Machine Shop
7545 Breen DR.
Houston, TX 77086

Innova Integrated Solutions, Inc
12111 Brittmoore Park Dr.
Houston, TX 77041


INNOVATIVE TOOLING & ACCESSORIES INC.
13203 EMMETT ROAD
HOUSTON, TX 77041


INTERDYN  BMI
5433 Westheimer Rd. Suite 1000
Houston, TX 77056


Internal Revenue Service
1919 Smith St.
Stop 5024 HOU
Houston, TX 77002


Internal Revenue Service
Insolvency Department
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
STOP 6692 AUSC
Austin, TX 73301-0030


Intralinks, Inc.
PO Box 392134
Pittsburgh, PA 15251-9134


Iron Mountain Records Management
P.O. BOX 915004
Dallas, TX 75391 5004


IRS
8701 S. GESSNER
HOUSTON, TX  77074

Jerry W. Brougher
43 RIVER HOLLOW LN
HOUSTON, TX 77027


Joseph Unis
8117 Preston Rd., Suite 300
Dallas, TX 75225


Kimball Midwest
Dept. L-2780
Columbus, OH 43260-2780


KNJ Manufacturing, LLC
8550 Fairbanks N Houston Rd.
Houston, TX 77064


Konecranes
P. O. Box 641807
Pittsburgh, PA 15264-1807


Latrobe Specialty Metals Company
P.O. Box 644181
Pittsburgh, PA 15264-4181


Lehigh Specialty Melting Inc.
Dept. 781522
Detroit, MI 48278-1522


Lone Star Heat Treating Co. Corp.
P.O. Box 15621
Houston, TX 77220-5621


Loren D. Stark Company, Inc.
10750 Rockley Road
Houston, TX 77099

McMillian Metal Services
4660 Brittmoore Rd.
Houston, Texas 77041


MELTON & MELTON, L.L.P.
6002 Rogerdale, Suite 200
Houston, TX 77072


Mercedes-Benz Financial
P.O. Box 5209
Carol Stream, IL 60197-5209


MONTGOMERY COUNTY
TAX COLLECTOR
400 N SAN JACINTO
CONROE, TX  77301-2823


Nationwide Transportation, Inc.
1999 W 75th Street, Suite 200
Woodridge, IL 60517


Navasota Industrial Supply, LTD
P. O. Box 1487, 9527 FM 379
Navasota, TX 77868


Neal Cannon
P.O. Box 70066
Houston, Texas 77270-0066


NLMK - North America Plate Verona
15 Roemer Blvd
Farrell, PA 16121


O'Connor & Associates
2200 North Loop West, Suite 20
Houston, TX 77018

P&B Testing, Inc.
P.O. Box 924469
Houston, TX 77292


Paul Hastings  LLP
Lockbox 4803
Los Angeles, CA 90189-4803


Performance Contracting Group, Inc.
P. O. Box 872346
Kassas City, MO 64187


PGT Trucking Inc.
P.O. Box 150167
Ogden, UT 84415-0290


Pinch Flatbed, Inc.
P O BOX 60473
Houston, TX 77205


Pinch Trucking
P O BOX 60473
Houston, TX 77205


PRAXAIR Distribution Inc
P.O. Box 120812 Dept 0812
Dallas, TX 75312-0812


Precision Forging Dies Inc.
10710 Sessler St.
South Gate, CA 90280


Professional Welding Supply, Inc.
3000 Brittmoore.Road, Bldg. B
Houston, TX 77043

Ranger Lift Trucks
2100 INTERSTATE 10
BAYTOWN, TX 77521


Reliant Business Products, Inc.
10641 Haddington Dr.; #100
Houston, TX 77043


Ricoh USA , Inc.
PO BOX 41602
Philadelphia, PA 19101-1602


Rothe Enterprises, Inc.
P.O. Box 200443
San Antonio, TX 78220


Saia Motor Freight Line
P.O. Box 730532
Dallas, TX 75373-0532


SECURITIES AND EXCHANGE
COMMISSION
450 FIFTH STREET NW
WASHINGTON, DC 20549


SFI-Gray Steel, Ltd.
3511 W. 12th Street
Houston, TX 77008


Specialty Supply Services
14903 Windlea Ln
Houston, TX 77040


State Industrial Products
5915 Landerbrook Drive, Suite 300
Mayfield,, OH 44124

Sun Coast Resources, Inc.
P.O. Box 202603
Dallas, TX 75320


Surface Preparation-Texas, LLC
5973 South Loop East
Houston, TX 77033


Sytek Electric Corp.
1233 West 34th Street
Houston, TX 77018


Texas Commission on Environmental Qu..
PO Box 13088
Austin, TX 787113088


TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
111 E. 17TH STREET
AUSTIN, TX 78774-0100
Attn:  Bankruptcy Dept


Texas Electrial Machinery Co.
5517 Dorbrandt
Houston, TX 77023


Texas Honing Inc.
PO Box 204192
Dallas, TX 75320-4192


Texas Workforce Commission
PO Box 149037
Austin, Texas  78714-9037


Third Coast Bank SSB
P. O. Box 3871
Humble, TX 77347

TNN Manufacturing Co., Inc.
8330 West Little York
Houston, TX 77040


Tranter Inc.
Dept 3275
Dallas, TX 75312-3275


TRCW LLC
503 Avenue H
Rosenberg, Texas 77471


Triumph - TBK Bank, SSB
3 Park Central, Suite 1700
Dallas, TX 75251


Turn Key Machine, LLC
P.O. Box 484
Porter, TX 77365


U. S. Bank Equipment Finance
P.O. Box 790448
ST. Louis, MO 63179-0448


UniPoint Software, Inc.
1425 Whyte Avenue, Suite 200
Winnipeg, MB R3E 1V7


UNITED STATES TRUSTEE
515 Rusk Avenue, Ste. 3516
Houston, Texas 77002


Universal Stainless & Alloy Products, In
P.O. Box 640595
Pittsburgh, PA 15264-0595

Valbruna Slater Stainless, Inc.
P.O.Box 83186
Chicago, IL 60691-0186


Vince Delivery Service, Inc.
1639 Gault Rd.
Houston, TX 77039


Vinson Corrosion Control Service
6720 Satsuma Drive
Houston, TX 77041


Wade Brougher
4747 W ALABAMA
HOUSTON, TX 77027


Wepuko Pahnke Engineering, LP
P.O. Box 2120
Springfield, OH 45501


Wilson Fire Equipment
7303 Empire Central Drive
Houston, TX 77040


Winter Compressor Service
17215 Cheyenne
Baytown, Texas 77523


XPO Logistics
P.O. Box 5160
Portland, OR 97208-5160