IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BROUGHER, INC. | § | CASE NO. 16-35575-H4-11 |
|   Debtor | § | (Chapter 11) |
| | § | JUDGE BOHM |

_____

### EMERGENCY MOTION FOR USE OF CASH COLLATERAL
_____

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 14 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

**TO THE HONORABLE JEFF BOHM, UNITED STATES BANKRUPTCY JUDGE:**

Comes Now, Brougher, Inc., Debtor-in-Possession herein, with this its Emergency Motion for Use of Cash Collateral, (hereinafter "the Cash Collateral Motion"), pursuant to 11 U.S.C. §§ 361 and 363, and in support thereof would respectfully show unto this Court as follows:

### I.
### PARTIES

1.    The Debtor may be served through its President, Wade Brougher, 8881 Hempstead,

      Houston, Texas 77008, with a copy to its Counsel, Julie M. Koenig, 815 Walker, Suite 1040, Houston, Texas 77002; Julie.Koenig@cooperscully.com.

2. TBK Bank, SSB ("TBK") is the Debtor's only perfected secured creditor with an interest in cash collateral. TBK may be served through its registered agent, Gail Lehmann, 12700 Park Central Drive, Suite 1700, Dallas, Texas 75251 with a copy to James B. Allin, Senior Vice President, 12700 Park Central Drive, Suite 1700, Dallas, Texas 75251; jallin@triumphcf.com.

## II.
## JURISDICTION AND VENUE

3. This Court has jurisdiction pursuant to 28 U.S.C. §1334, venue is appropriate pursuant to 28 U.S.C. §1408, and this is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A), (D), (K), (M) and )(O).

## III.
## NOTICE

4. Sufficient and adequate notice of the Cash Collateral Motion has been given to prevent immediate and irreparable harm pursuant to Bankruptcy Rule 4001(c); Local Bankruptcy Rule 4001(c), and 4002-1(i), as required by Sections 102, 361 and 363 of the Bankruptcy Code

## IV.
## FACTS

5. Brougher, Inc. was formed on July 9, 1999. On December 27, 2012, it merged with a subsidiary, Machine USA, LLC with Brougher, Inc. being the surviving corporation after

the merger. The Debtor is in good standing with the Secretary of the State of Texas.

6. The Debtor is in the business of forging parts/equipment for the oil and gas industry.

7. On November 2, 2016, the Debtor filed a Voluntary Petition for Reorganization under Chapter 11 of Title 11 of the United States Code in order to protect its business as an ongoing concern. No Trustee has been appointed and the Debtor is operating as Debtor-in-Possession.

## V.
## PREPETITION LIENS

8. On March 4, 2016, the Debtor executed a loan agreement with TKB for a $10,400,000 Revolving Credit Facility with interest at the rate of prime plus 4% and a $2,650,000 Term Loan with interest at the rate of prime plus 5% (the "Loans"). A true and correct copy of the Loan Agreement is attached hereto as Exhibit "A".

9. As of July 7, 2016, the Debtor executed a First Amendment to Loan Agreement with TKB to increase the availability block available to the Debtor and to require **for the first time** that the Debtor hire a restructuring consultant at its own expense but one who was satisfactory to TKB at its sole discretion. A true and correct copy of the First Amendment to Loan Agreement is attached hereto as Exhibit "B"

10. The Term Loan is payable in equal monthly installments of $26,095.60 for a period of 180 months.

11. The Debtor can only borrow against the Revolving Credit Facility based upon the borrowing base. The borrowing base is calculated as up to eighty-five (85%) percent of the Debtor's eligible accounts plus fifty (50%) of the Debtor's eligible inventory plus

seventy-five (75%) percent of the net orderly liquidation value of the Debtor's eligible equipment, not to exceed $10,400,000.00.

12. According to the UCC Financing Statement on file with the Secretary of the State of Texas, the Loans are secured by "all assets of the Debtor, whether now owned or hereafter acquired, including all products and proceeds thereof". A true and correct copy of the UCC Financing Statement is attached hereto as Exhibit "C". The Debtor reserves the right to challenge the perfection of or security interest in the Debtor's assets.

13. On the date of filing the outstanding balance on the Loans was approximately $8,074,317.40, consisting of (i) Revolving Loan in the amount of $5,456,501.82 in principal plus $38,804.08 in accrued interest and (ii) Term Loan in the amount of $2,561,666.68 in principal plus $17,344.82 in accrued interest.

## VI.
## CASH COLLATERAL

14. The Debtor requires the emergency use of cash collateral in the amount of $241,673.00 for the next twenty (20) days to meet payroll and expenses to continue its business operations. The majority of these funds are for payroll, supplies and continuing expenses. The anticipated income for this period is $233,138 plus cash on hand. A copy of the anticipated budget for the next twenty (20) days is attached hereto as Exhibit "D" and fully incorporated herein by reference.

15. In addition, the Debtor requires the use of cash collateral in the amount of $450,000 on a monthly basis. Without the use of cash collateral, the Debtor will be unable to retain or

pay employees, to maintain its assets, to pay payroll taxes, inventory, suppliers, overhead, and other expenses necessary for its reorganization.

16. As adequate protection for the use of cash collateral, the Debtor shall agree, with Court approval, to grant replacement liens to TKB equal to those validly held pre-petition, if any.

17. The security interests granted to TKB post-petition shall not have priority over (a) prior perfected and unavoidable liens and security interest in the property of the Debtor's estate as of the Petition Date other than their liens in the Pre-Petition Collateral, provided that (1) such liens and security interest are prior to other prepetition liens and security interests, valid, perfected, not adequately protected, and non-avoidable in accordance with applicable law; (b) the quarterly fees payable to the United States Trustee pursuant to 28 U.S.C. §1930; and (c) any fees and expenses awarded to Debtor's Counsel or Debtor's Special Counsel pursuant to Court Order.

**WHEREFORE, PREMISES CONSIDERED**, Brougher, Inc., Debtor-in-Possession herein, prays that this Court conduct an Emergency Hearing on the Emergency Motion to Use Cash Collateral, enter an Order for Emergency Use of Cash Collateral for the Period November 2, 2016, through November 22, 2016, set a final hearing on the Motion, enter an Order for Interim Use of Cash Collateral after the hearing, and for such other and further relief, at law and in equity, as this Court deems just.

Respectfully submitted this 3rd day of November, 2016.

**COOPER & SCULLY, PC.**

By: */s/ Julie M. Koenig*
Julie M. Koenig
SBA# 14217300
Fed Id# 10396
815 Walker, Suite 1040
Houston, Texas 77002
(713) 236-6800 (Telephone)
(713) 236-6880 (Telecopier)
Julie.Koenig@cooperscully.com

Attorneys for the Debtor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the parties listed below and the parties on the attached service list, including parties requesting notice, via either ECF Notification, or by e-mail, or by first class mail, proper postage affixed, on the 3rd day of November, 2016.

By: */s/ Julie M. Koenig*
Julie M. Koenig

Office of the U.S. Trustee
515 Rusk Ave., Ste. 3516
Houston, Texas 77002
Via ECF Notification

Gail Lehmann
12700 Park Central Drive, Suite 1700
Dallas, Texas 75251

James B. Allin, Senior Vice President,
12700 Park Central Drive, Suite 1700
Dallas, Texas 75251
jallin@triumphcf.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 16-35575<br>Southern District of Texas<br>Houston<br>Thu Nov  3 08:00:48 CDT 2016 | Brougher, Inc<br>8881 Hempstead Rd<br>Houston, TX 77008-6017 | United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 |
| A & M Technical Services, Inc.<br>4102 Lauder Road<br>Houston, TX 77039-2551 | A&A Pallet Co<br>10350 W Montgomery Rd<br>Houston, TX 77088-3023 | A. Finkl & Sons<br>P.O. Box 92576<br>Chicago, IL 60675-2576 |
| A. J. Hurt Jr., Inc. dba Hurt Company<br>P O BOX 958427<br>ST. Louis, MO 63195-8427 | A.W.Chesterton Co.<br>500 Unicorn Park Dr<br>Woburn, MA 01801-3377 | ASW Steel Inc.<br>P. O. Box 56<br>Welland Ontario L3B 5N9, CANADA |
| ATTORNEY GENERAL<br>TAX DIV. - BANKRUPTCY<br>POB 12548<br>AUSTIN, TX 78711-2548 | Advanced Overhead Crane Service<br>22531 FM 2100<br>Crosby, TX 77532-3173 | Airgas Inc.<br>259 N. Radnor-Chester Rd<br>Radnor, PA 19087-5240 |
| (p)ALLIED INSURANCE<br>1100 LOCUST STREET D1-7C-0301<br>DES MOINES IA 50391-1100 | Alterra Bank<br>11300 Tomahawk Creek Pkwy, Suite 100<br>Leawood, KS 66211-2700 | American Express<br>P. O. Box 360001<br>Ft Lauderdale, FL 33336-0001 |
| ArcelorMittal Steel USA<br>28783 Network Place<br>Chicago, IL 60673-1287 | Armstrong Transport Group, Inc.<br>PO BOX 150370<br>Ogden, UT 84415-0370 | Attorney General<br>Department of Justice<br>10th and Constitution Ave N.W.<br>Rm. 400<br>Washington, D.C 20530-0001 |
| BBVA Compass - 8176<br>PO Box 2210<br>Decatur, AL 35699-0001 | Bass Tool & Supply Inc.<br>2300 Fairway Park Drive Ste 100<br>Houston, TX 77092-7603 | Blake Partners<br>8881 Hempstead Road<br>Houston, TX 77008-6017 |
| Bobcat of Houston<br>P.O. Box 846271<br>Dallas, TX 75284-6271 | Bourn & Koch Inc<br>JP Morgan Chase<br>Chicago, IL 60678-1368 | Bracewell & Giuliani, LLP<br>P.O. Box 848566<br>Dallas, TX 75284-8566 |
| Brian Service and Calibration<br>P.O. Box 1348<br>Pearland, TX 77588-1348 | Bud Griffin Customer Support<br>5010 Teminal St<br>Bellaire, TX 77401-6007 | CDS Transport, Inc.<br>P.O. Box 100<br>Heber City, UT 84032-0100 |
| COSS Systems Corporation<br>26 Arcadia Road, Suite 5<br>Old Greenwich, CT 06870-1721 | Carbide and Supply, Inc.<br>4311 FM 2351<br>Friendswood, TX 77546-2406 | Cardmember Services<br>P O BOX 94014<br>PALATINE, IL 60094-4014 |

| | | |
|---|---|---|
| Champion Fastners<br>10624 Tower Oaks<br>Houston, TX 77070-5917 | Chemsearch<br>PO Box 971269<br>Dallas, TX 75397-1269 | Chemtool. Inc.<br>Lockbox #777161<br>Chicago, IL 60677-7001 |
| Cintas Corporaton<br>PO Box 650838<br>Dallas, TX 75265-0838 | City of Houston Permit Section<br>P.O. Box 2688<br>Houston,, TX 77252-2688 | Controlled Fluids, Inc.<br>PO Drawer 1914<br>Beaumont, TX 77704-1914 |
| Cooper & Scully, P.C.<br>815 Walker St., Suite 1040<br>Houston, TX 77002-5776 | Core Refractory Systems<br>4555 Homestead Suite 606<br>Houston, TX 77028-5836 | Crane Masters Inc.<br>P. O. Box 1147<br>Splendora,, TX 77372-1147 |
| Culligan<br>3201 Premier Dr, Ste #300<br>Irving, TX 75063-6075 | Culligan<br>3201 Premier Dr. Suite 300<br>Irving, TX 75063-6075 | Cutting Tools, Inc.<br>P.O. Box 41109<br>Houston, TX 77241-1109 |
| D & P Technologies, Inc.<br>1001 1/2 West 34th Street<br>Houston, TX 77018-6353 | D&S Machine Works, Inc.<br>4136 Pinemont Dr.<br>Houston, texas 77018-1106 | D.C.G. Machine, Inc<br>1001 Cherokee Trace<br>White Oak, TX 75693-3501 |
| DATAWATCH Systems, Inc.<br>P. O. Box 79845<br>Baltimore, MD 21279-0845 | DE LAGE LANDEN Financial Services, INC<br>1111 Old Eagle School Road<br>Wayne, PA 19087-1453 | DXP Enterprises, Inc.<br>P.O. Box 201791<br>Dallas, TX 75320-1791 |
| Dahill<br>P.O. Box 314<br>San Antonio, TX 78292-0314 | Dealers Electrical Supply<br>4433 Airline Drive<br>Houston, TX 77022-2927 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Delta Refractories, Inc.<br>21557 Provincial Blvd., Suite A<br>Katy, TX 77450-7558 | Element<br>P.O.Box 841774<br>Dallas, TX 75284-1774 | Ensource Corporation<br>PO Box 691005<br>Houston, TX 77269-1005 |
| FORT BEND TAX APPRAISAL DISTRICT<br>2801 B.F. Terry Blvd (FM 2218)<br>Rosenberg, TX 77471-5600 | FedEx<br>P.O. Box 660481<br>Dallas, TX 75266-0481 | First Insurance Funding<br>PO Box 7000<br>Carol Stream, IL 60197-7000 |
| Franklin Research Associates Corporation<br>11354 Jones Road West<br>Houston, TX 77065-3638 | G & K Services<br>P. O. Box 842385<br>Boston, MA 02284-2385 | GALVESTON COUNTY TAX OFFICE<br>P.O. BOX 1169<br>GALVESTON, TX 77553-1169 |

| | | |
|---|---|---|
| GE-Max<br>1001 E. Village Ct.<br>Pasadena, TX 77506-5136 | Gene's Machine, Inc.<br>405 Berwick Street<br>Victoria, TX 77904-2889 | Global Practice Solutions<br>6203 Jadecrest Dr.<br>Spring, TX 77389-3675 |
| Global Tranz Enterprise, Inc.<br>5415 E High Street, Bldg A9 Suite 460<br>Phoenix, AZ 85054-5476 | Goolsby Testing Inc.<br>P. O. Box 1416<br>Humble, TX 77347-1416 | Gorman's Uniform Rental, Inc.<br>9021 Katy Freeway<br>Houston, TX 77024-1601 |
| Grainger, Inc.<br>Dept 842179947<br>Kansas City, MO 64141-6267 | Groves Industrial Supply<br>4814 Solution Center<br>Chicago, IL 60677-4008 | HARRIS COUNTY/CITY OF HOUSTON<br>C/O BANKRUPTCY DEPT<br>PO BOX 3064<br>HOUSTON, TX  77253-3064 |
| Harris County<br>c/o John Dillman<br>PO Box3064<br>Houston, TX  77253-3064 | Heritage-Crystal Clean, LLC<br>13621 Collections Center Drive<br>Chicago, Il 60693-0136 | Hilti, Inc.<br>Dept. 0890<br>Dallas, TX 75312-0890 |
| Hocker Incorporated<br>13402 Weiman Rd.<br>Houston, TX 77041-2542 | INNOVATIVE TOOLING & ACCESSORIES INC.<br>13203 EMMETT ROAD<br>HOUSTON, TX 77041-2564 | INTERDYN  BMI<br>5433 Westheimer Rd. Suite 1000<br>Houston, TX 77056-5329 |
| IRS<br>8701 S. GESSNER<br>HOUSTON, TX 77074-2944 | Iglesias Machine Shop<br>7545 Breen DR.<br>Houston, TX 77086-3636 | Innova Integrated Solutions, Inc<br>12111 Brittmoore Park Dr.<br>Houston, TX 77041-7230 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>Insolvency Department<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Intralinks, Inc.<br>PO Box 392134<br>Pittsburgh, PA 15251-9134 |
| Iron Mountain Records Management<br>P.O. BOX 915004<br>Dallas, TX 75391 5004 | Jerry W. Brougher<br>43 RIVER HOLLOW LN<br>HOUSTON, TX 77027-9401 | Joseph Unis<br>8117 Preston Rd., Suite 300<br>Dallas, TX 75225-6347 |
| KNJ Manufacturing, LLC<br>8550 Fairbanks N Houston Rd.<br>Houston, TX 77064-7940 | Kimball Midwest<br>Dept. L-2780<br>Columbus, OH 43260-2780 | Konecranes<br>P. O. Box 641807<br>Pittsburgh, PA 15264-1807 |
| Latrobe Specialty Metals Company<br>P.O. Box 644181<br>Pittsburgh, PA 15264-4181 | Lehigh Specialty Melting Inc.<br>Dept. 781522<br>Detroit, MI 48278-1522 | Lone Star Heat Treating Co. Corp.<br>P.O. Box 15621<br>Houston, TX 77220-5621 |

| | | |
|---|---|---|
| Loren D. Stark Company, Inc.<br>10750 Rockley Road<br>Houston, TX 77099-3516 | MELTON & MELTON, L.L.P.<br>6002 Rogerdale, Suite 200<br>Houston, TX 77072-1660 | MONTGOMERY COUNTY<br>TAX COLLECTOR<br>400 N SAN JACINTO<br>CONROE, TX 77301-2823 |
| McMillian Metal Services<br>4660 Brittmoore Rd.<br>Houston, Texas 77041-8008 | (p)MERCEDES BENZ FINANCIAL SERVICES<br>13650 HERITAGE PARKWAY<br>FORT WORTH TX 76177-5323 | NLMK - North America Plate Verona<br>15 Roemer Blvd<br>Farrell, PA 16121-2201 |
| Nationwide Transportation, Inc.<br>1999 W 75th Street, Suite 200<br>Woodridge, IL 60517-2610 | Navasota Industrial Supply, LTD<br>P. O. Box 1487, 9527 FM 379<br>Navasota, TX 77868-1487 | Neal Cannon<br>P.O. Box 70066<br>Houston, Texas 77270-0066 |
| O'Connor & Associates<br>2200 North Loop West, Suite 20<br>Houston, TX 77018-1754 | P&B Testing, Inc.<br>P.O. Box 924469<br>Houston, TX 77292-4469 | PGT Trucking Inc.<br>P.O. Box 150167<br>Ogden, UT 84415-0167 |
| PRAXAIR Distribution Inc<br>P.O. Box 120812 Dept 0812<br>Dallas, TX 75312-0812 | Paul Hastings  LLP<br>Lockbox 4803<br>Los Angeles, CA 90189-4803 | Performance Contracting Group, Inc.<br>P. O. Box 872346<br>Kassas City, MO 64187-2346 |
| Pinch Flatbed, Inc.<br>P O BOX 60473<br>Houston, TX 77205-0473 | Pinch Trucking<br>P O BOX 60473<br>Houston, TX 77205-0473 | Precision Forging Dies Inc.<br>10710 Sessler St.<br>South Gate, CA 90280-7221 |
| Professional Welding Supply, Inc.<br>3000 Brittmoore.Road, Bldg. B<br>Houston, TX 77043-1021 | Ranger Lift Trucks<br>2100 INTERSTATE 10<br>BAYTOWN, TX 77521-1304 | Reliant Business Products, Inc.<br>10641 Haddington Dr.; #100<br>Houston, TX 77043-3228 |
| Ricoh USA , Inc.<br>PO BOX 41602<br>Philadelphia, PA 19101-1602 | Rothe Enterprises, Inc.<br>P.O. Box 200443<br>San Antonio, TX 78220-0443 | SECURITIES AND EXCHANGE<br>COMMISSION<br>450 FIFTH STREET NW<br>WASHINGTON, DC 20549-0006 |
| SFI-Gray Steel, Ltd.<br>3511 W. 12th Street<br>Houston, TX 77008-6005 | Saia Motor Freight Line<br>P.O. Box 730532<br>Dallas, TX 75373-0532 | Specialty Supply Services<br>14903 Windlea Ln<br>Houston, TX 77040-1481 |
| State Industrial Products<br>5915 Landerbrook Drive, Suite 300<br>Mayfield,, OH 44124-4034 | Sun Coast Resources, Inc.<br>P.O. Box 202603<br>Dallas, TX 75320-2603 | Surface Preparation-Texas, LLC<br>5973 South Loop East<br>Houston, TX 77033-1017 |

| | | |
|---|---|---|
| Sytek Electric Corp.<br>1233 West 34th Street<br>Houston, TX 77018-6207 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>111 E. 17TH STREET<br>AUSTIN, TX 78774-0100<br>Attn:  Bankruptcy Dept | TNN Manufacturing Co., Inc.<br>8330 West Little York<br>Houston, TX 77040-4341 |
| TRCW LLC<br>503 Avenue H<br>Rosenberg, Texas 77471-3042 | Texas Commission on Environmental Qu..<br>PO Box 13088<br>Austin, TX 787113088 | Texas Electrial Machinery Co.<br>5517 Dorbrandt<br>Houston, TX 77023-3704 |
| Texas Honing Inc.<br>PO Box 204192<br>Dallas, TX 75320-4192 | Texas Workforce Commission<br>PO Box 149037<br>Austin, Texas  78714-9037 | Third Coast Bank SSB<br>P. O. Box 3871<br>Humble, TX 77347-3871 |
| Tranter Inc.<br>Dept 3275<br>Dallas, TX 75312-3275 | Triumph - TBK Bank, SSB<br>3 Park Central, Suite 1700<br>Dallas, TX 75251 | Turn Key Machine, LLC<br>P.O. Box 484<br>Porter, TX 77365-0484 |
| U. S. Bank Equipment Finance<br>P.O. Box 790448<br>ST. Louis, MO 63179-0448 | UNITED STATES TRUSTEE<br>515 Rusk Avenue, Ste. 3516<br>Houston, Texas 77002-2604 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| UniPoint Software, Inc.<br>1425 Whyte Avenue, Suite 200<br>Winnipeg, MB R3E 1V7 | Universal Stainless & Alloy Products, In<br>P.O. Box 640595<br>Pittsburgh, PA 15264-0595 | Valbruna Slater Stainless, Inc.<br>P.O.Box 83186<br>Chicago, IL 60691-0186 |
| Vince Delivery Service, Inc.<br>1639 Gault Rd.<br>Houston, TX 77039-1609 | Vinson Corrosion Control Service<br>6720 Satsuma Drive<br>Houston, TX 77041-2708 | Wade Brougher<br>4747 W ALABAMA<br>HOUSTON, TX 77027-4726 |
| Wepuko Pahnke Engineering, LP<br>P.O. Box 2120<br>Springfield, OH 45501-2120 | Wilson Fire Equipment<br>7303 Empire Central Drive<br>Houston, TX 77040-3207 | Winter Compressor Service<br>17215 Cheyenne<br>Baytown, Texas 77523-8999 |
| XPO Logistics<br>P.O. Box 5160<br>Portland, OR 97208-5160 | Julie Mitchell Koenig<br>Cooper & Scully, PC<br>815 Walker, Suite 1040<br>Houston, TX 77002-5776 | |

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Allied Insurance                        Dell Financial Services            Internal Revenue Service
PO BOX 514540                           P. O. Box 5292                     1919 Smith St.
Los Angeles, CA 90051-4540              Carol Stream, IL 60197-5292        Stop 5024 HOU
                                                                           Houston, TX 77002


(d)Internal Revenue Service             Mercedes-Benz Financial
STOP 6692 AUSC                          P.O. Box 5209
Austin, TX 73301-0030                   Carol Stream, IL 60197-5209
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Frisa Forjados S.A. DE C.V.          End of Label Matrix
Valentin G. Rivero No. 127              Mailable recipients   145
Col. Los Trevino Sta. Catarina,, N.L. Me Bypassed recipients    1
                                        Total                 146
```