IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-35575 |
| **BROUGHER, INC.** | § | |
| *Debtor* | § | CHAPTER 11 |

ORDER AUTHORIZING EMPLOYMENT OF
H. GRAY BURKS, IV AS SPECIAL LITIGATION COUNSEL

On consideration of the Application for Authority to Employ H. Gray Burks, IV as Special Litigation Counsel for Brougher, Inc. Nunc Pro Tunc to August 23, 2016 and the Declaration of H. Gray Burks, IV in support thereof, it is

**ORDERED** that Debtor is authorized to employ H. Gray Burks, IV to act as Special Litigation Counsel for the Debtor, with compensation over the $3,750.00 paid pre-petition by Wade Brougher, individually, to be paid in such amounts as may be allowed by the Court upon proper application or applications. It is

**FURTHER ORDERED** that employment is approved *nunc pro tunc* to August 23, 2016. It is

**FURTHER ORDERED** that the services to be performed are litigation and settlement of the Debtor's lender liability causes of action, including to investigate the facts, research applicable law, draft demand letters, and discuss and negotiate a resolution of these claims, and if necessary and if advisable, file a lender liability lawsuit which may include breach of contract, tortious interference of business, breach of good faith and fair dealing in a special relationship against the Bank, and violation of the Fair Debt Collection Practices Act, as applicable.

SIGNED _____, 2016

_____
**Jeff Bohm**
**United States Bankruptcy Judge**