**Fill in this information to identify the case**

Debtor name **Brougher, Inc**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **16-35575**
(if known)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BBVA Compass Bank** | **Checking account** | **4 9 0 6** | $188,231.63 |
| 3.2. | **TBK Bank** | **Lockbox** | **8 0 6 9** | $0.00 |
| 3.3. | **TBK Bank** | **Operating** | **8 0 2 8** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $188,231.63

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| Debtor | **Brougher, Inc** | Case number (if known) | **16-35575** |
|---|---|---|---|
| | Name | | |

**Current value of debtor's interest**

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

9.  **Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

**$0.00**

## Part 3:  Accounts receivable

10.  **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes.  Fill in the information below.

**Current value of debtor's interest**

11.  **Accounts receivable**

11a. 90 days old or less:     **$993,593.00**    –    **$0.00**    = ............... ➔    **$993,593.00**
       face amount            doubtful or uncollectible accounts

11b. Over 90 days old:     **$0.00**    –    **$0.00**    = ............... ➔    **$0.00**
       face amount            doubtful or uncollectible accounts

12.  **Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$993,593.00**

## Part 4:  Investments

13.  **Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                  % of ownership:

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

17.  **Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

**$0.00**

## Part 5:  Inventory, excluding agriculture assets

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes.  Fill in the information below.

Debtor  **Brougher, Inc**
Name

Case number (if known)  **16-35575**

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** Raw materials | | | | |
| **Steel** | 10/31/2016 | | ERP System | $452,418.17 |
| **20.** Work in progress | | | | |
| **Work in Progress** | 11/07/2016 | | ERP System | $320,955.02 |
| **21.** Finished goods, including goods held for resale | | | | |
| **Finished Goods** | 11/07/2016 | | ERP System | $399,838.13 |
| **22.** Other inventory or supplies | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$1,173,211.32

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** Crops--either planted or harvested | | | |
| **29.** Farm animals  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.** Farm machinery and equipment  (Other than titled motor vehicles) | | | |
| **31.** Farm and fishing supplies, chemicals, and feed | | | |
| **32.** Other farming and fishing-related property not already listed in Part 6 | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

Debtor   **Brougher, Inc**                                    Case number (if known)   **16-35575**
_____                                 _____
Name

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
   - ☑ No
   - ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   - ☐ No.  Go to Part 8.
   - ☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Desks and Chairs | | | $12,500.00 |
| Filing Cabinets- storage unit | | | $300.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Software | | | $3,500.00 |
| Desktop computers, laptops, monitors, TVs, phones and servers | | | $38,715.00 |
| Ricoh Imaging equipment, copies and printers- See Exhibit A | | | $7,100.00 |
| Xerox Imaging equipment, copiers and printers | | | $4,000.00 |
| Dell financial collateral-Computers | | | $0.00 |

42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.

   | $66,115.00 |
   |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   - ☑ No
   - ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   - ☐ No.  Go to Part 9.
   - ☑ Yes.  Fill in the information below.

Debtor  **Brougher, Inc**
‎              Name
Case number (if known)  **16-35575**

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **1 Caterpillar Forklift- 8,000lb capacity** | | | $20,000.00 |
| **1 Caterpillar Forklift- 12,000lb capacity** | | | $40,000.00 |
| **Hone Machine** | | | $200,000.00 |
| **Forge Shop Equipment- Exhibit A** | | Forced liquidation value | $1,207,800.00 |
| **Machine Shop Equipment- Exhibit B** | | Forced liquidation value | $3,847,750.00 |

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$5,315,550.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☑ Yes

---

**Part 9:  Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **8881 Hempstead Rd, Houston, TX 77008**<br>**Land, Buildings & Mfg Facility** | **Business Property** | | | $0.00 |
| 55.2. **34218 Sunset Ln**<br>**Mfg Facility Land & Buildings** | **Land & Buildings** | $5,300,000.00 | Appraisal | $0.00 |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

Forge USA
Houston, Texas

APPRAISAL
ASSETS LOCATED AT
FORGE USA
8881 HEMPSTEAD ROAD
HOUSTON, TEXAS

| ITEM | QTY | MANUFACTURER | MODEL | SIZE/CAP | DESCRIPTION GAT | DESCRIPTION SAT | SERIAL # | YEAR | SPECIFICATIONS | FORCED LIQUIDATION VALUE | ORDERLY LIQUIDATION VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Bobcat | S175 | | | Skid Steer Loader | A3L520884 | 2008 | 6,534 Hours Indicated; with Forks, Bucket & 60" Broom Attachments | $ 10,000 | $ 12,500 |
| 2 | 1 | Carlton | | 5' Arm x 15" Column | | Radial Arm Drill | 3A2995 | | (Note: Converted to Brinell Hardness Tester) | $ 2,500 | $ 5,000 |
| 3 | 1 | Case | | | | Loader Backhoe | | | (Note: Manufacturer data plate missing); OROPS | $ 5,500 | $ 8,000 |
| 4 | 1 | Caterpillar | V110DCTH | 110,000 Lbs. Capacity | Diesel Engine | Lift Truck | 8FB-127 | | Approx. 360° Lift; Elevated Enclosed Cab; Dual Front Tires; Pneumatic Tires | $ 70,000 | $ 95,000 |
| 5 | 1 | Chambersburg | | 14,000 Lbs. | Double Frame | Forging Air Hammer | | Est 1947 | Pieces up to 5,000-Lbs, Max. Length of 45" on Blocks; Power/Trol Control | $ 25,000 | $ 50,000 |
| 6 | 1 | Clark | | 15,000-Lbs. Capacity | Diesel Engine | Lift Truck | Y1065004785O0EL | | #15; with Overhead Guard; Solid Tires | $ 10,000 | $ 12,500 |
| 7 | 1 | Custom Built | | 4-Stage | Oil/Water | Separation System | | | with Approx. 8,500 Gallon 7' Dia. x 30' Long Cylindrical Horizontal Carbon Steel Tank; Pumps & Valves | $ 2,500 | $ 7,500 |
| 8 | 1 | Custom Fabricated | | 30' Long | Slow Cool | Rack | | | Clamshell Design; Pneumatic Hood | $ 500 | $ 1,000 |
| 9 | 1 | Gates | GG3200 | | Hose | Crimper | | | with Tooling | $ 4,000 | $ 7,000 |
| 10 | 1 | Generac | QTO | 48KW | | Generator | C5A035S50806 | 2009 | with Weatherproof Enclosure | $ 7,500 | $ 10,000 |
| 11 | 1 | Genie | Z-45/25J | 500-Lbs. x 45' | 4x4 Boom Type | Aerial Lift | 2452511A-40523 | 2011 | | $ 23,000 | $ 29,000 |
| 12 | 1 | HEM | 2000-40 | 40" High Column | Automatic-Dual-Column Horizontal | Band Saw | 129280 | 1980 | with Free-Standing Control Console; 2" Blade; Coolant System; Hydraulics; 3' x 15' Power Roller Conveyor | $ 25,000 | $ 35,000 |
| 13 | 1 | Hyd-Mech | | Approx. 26" x 26" | Automatic Horizontal | Band Saw | | | (Note: Plate Missing); with PLC100 Control; 2" Blade; Coolant System; Hydraulics; 3' x 20' Power Roller Conveyor | $ 5,000 | $ 6,000 |
| 14 | 1 | Hyd-Mech | | Approx. 32" x 32" | Automatic Horizontal | Band Saw | | | (Note: Plate Missing); with Control; 2-1/2" Blade; Coolant System; Hydraulics; 3' x 20' Power Roller Conveyor | $ 12,500 | $ 15,000 |
| 15 | 1 | Hyd-Mech | | Approx. 40" x 40" | Automatic Horizontal | Band Saw | F0496016 | | with Control; 2-1/2" Blade; Coolant System; Hydraulics; 3' x 15' Power Roller Conveyor | $ 20,000 | $ 25,000 |
| 16 | 1 | Hyd-Mech | | Approx. 24" x 24" | Automatic Horizontal | Band Saw | F0496016 | | with Control; 1-1/2" Blade; Coolant System; Hydraulics; 3' x 10' Power Roller Conveyor | $ 4,000 | $ 5,000 |
| 17 | 1 | Hyster | H620B | 62,000-Lbs. Capacity | Diesel Engine | Lift Truck | B8P1880V | 2007 | Elevated Enclosed Cab; Dual Front Tires; Manipulator Attachment | $ 50,000 | $ 60,000 |
| 18 | 1 | Ingersoll Rand | MM16H | | Portable | Mixer | 0080-531021 | | with Single Axle Trailer Mount | $ 800 | $ 1,200 |
| 19 | 1 | Jet | | 20" | Geared Head | Drill Press | | | | $ 400 | $ 600 |
| 20 | 1 | Kalamazoo | | | Horizontal | Band Saw | | | | $ 600 | $ 850 |
| 21 | 1 | Lincoln | DC-1000 | | | Welder | U1980316599 | 1998 | | $ 2,250 | $ 3,000 |
| 22 | 1 | Magnaflux | CD-2100 | 10,000 Amp | | Magnetic Particle Inspection Machine | 233174 | 2014 | | $ 25,000 | $ 30,000 |
| 23 | 1 | Marley | Aquatower | | Galvanized | Cooling Tower | 248737 | | with Recirculating Pump System | $ 500 | $ 2,000 |
| 24 | 1 | Marley | Aquatower | | Galvanized | Cooling Tower | 154419-1 | | with Recirculating Pump System | $ 500 | $ 2,000 |

11

EXHIBIT A


Goindustry DoveBid
A LIQUIDITY SERVICES MARKETPLACE

Forge USA
Houston, Texas

| ITEM | QTY | MANUFACTURER | MODEL | SIZE/CAP | DESCRIPTION GAT | DESCRIPTION SAT | SERIAL # | YEAR | SPECIFICATIONS | FORCED LIQUIDATION VALUE | ORDERLY LIQUIDATION VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | 1 | Special Built | | 2,000-Ton | Hydraulic Open Die Hot | Forging Press | | | (Note: Original Press Build Age Reported Early 1900's/Converted From Steam to Hydraulic-Approx. 1960); 4-Column Construction; 64" Stroke; Approx. 106" Daylight; 103" x 37" Between Columns; 28" Dia. x 79" Long Ram; 17" Dia. Columns; Approx 3" Per Second Max. Press Speed; 11" Per Second Return Speed; (2) Pullback Cylinders; Bottom Platen; Floating Platen; Pit Mounted; Approx. Maximum 24' Length x 90" Dia. Forging Capability Between Manipulator & Press; Allen Bradley Panel View 1000 PLC Operation Control Room Console; Switchgear; Hydraulic Power Supply (1970's) with (4) 400hp Motors; (3) Wepuko Type RF516-1-6-2-1-1-1 Radial Piston Pumps, 186gpm; (1) Oilgear Type PVV-440-A28V-LSFT-V-MA65A/230 Axial Piston Pump; (Note: Forge USA Reports the Following Upgrades: Four new Columns; Eight split nuts for upper and lower cross head; Four Super Nuts for the lower cross head manufactured by Superbolt; Four upper caps nuts for the upper cross head; Main Hydraulic Cylinder manufactured in 2005; Moving Platen manufactured in 2000 by Metalist Co.; Adapter between prefill tank and main cylinder manufactured in 2005; Twelve Superbolts holding the adapter, manufactured in 2011. Forge USA Reports the Following Spares: Four forged and heat treated columns; One forged and heat treated main hydraulic cylinder; One forged, heat treated, machined, flame hardened and ground 28" main ram; One fabricated, heat treated, welded and machined upper crosshead by Campbell Press Repair 2010; One main Pre Fill Valve manufactured by Oil Gear; One main ram bushing; One main packing bushing; Four spare die locks; Four spare column bushings | $ 300,000 | $ 500,000 |
| 26 | 1 | Miller | Trailblazer 302 | | Diesel Engine | Welder/Generator | LJ011070 | 2008 | with Custom Fabricated Skid | $ 1,750 | $ 2,250 |
| 27 | 1 | Miller | Trailblazer 302 | | Diesel Engine | Welder/Generator | LJ0505410 | 2008 | with Custom Fabricated Skid | $ 1,750 | $ 2,250 |
| 28 | 1 | Miller | Big Blue 400D | | Diesel Engine | Welder/Generator | LC166278 | 2002 | 6,751 Hours Indicated; with Custom Fabricated Skid | $ 2,000 | $ 2,500 |
| 29 | 1 | Miller | Gold Star 452 | | | Welder | | | | $ 500 | $ 700 |
| 30 | 1 | Miller | Dimension 652 | | | Welder | LF200191C | 2005 | | $ 2,000 | $ 2,500 |
| 31 | 1 | | Suitcase X-treme 12VS | | | Wire Feeder | MB300589A | 2011 | with S-74S Wire Feeder; Cart | $ 850 | $ 1,100 |
| 32 | 1 | Miller | Dimension 652 | | | Welder | MB250099U | 2011 | with 22A Wire Feeder; Cart | $ 1,500 | $ 2,000 |
| 33 | 1 | Miller | CP-302 | | | Welder | LG340011C | 2006 | | $ 1,000 | $ 1,250 |
| 34 | 1 | Niles | | 15-Ton x 70' Span | Double Girder Top Running | Bridge Crane | | | Riveted Construction; with Motorized Trolly Wire Rope Hoist; Remote Control; with Lift Magnet | $ 5,000 | $ 7,500 |
| 35 | 1 | OKK | MH-5JP | | Horizontal | Milling Machine | | | | $ 200 | $ 250 |
| 36 | 1 | Otek | | 12,000-Lbs. Capacity | Diesel Engine | Lift Truck | 1880 | 1880 | #3; with 360 Degree Manipulator Attachment; Enclosed Cab; Solid Tires | $ 15,000 | $ 20,000 |
| 37 | 1 | Otek | | 20,000-Lbs. Capacity | Diesel Engine | Lift Truck | 1580 | 1580 | #5; with 360 Degree Manipulator Attachment; Enclosed Cab; Solid Tires | $ 20,000 | $ 25,000 |
| 38 | 1 | Otek | | 20,000-Lbs. Capacity | Diesel Engine | Lift Truck | 2881 | 2881 | #6; with 360 Degree Manipulator Attachment; Enclosed Cab; Solid Tires | $ 20,000 | $ 25,000 |
| 39 | 1 | Otek | | 20,000-Lbs. Capacity | Diesel Engine | Lift Truck | T1563 | T1563 | #7; with 360 Degree Manipulator Attachment; Enclosed Cab; Solid Tires | $ 20,000 | $ 25,000 |
| 40 | 1 | Otek | | 30,000-Lbs. Capacity | Diesel Engine | Lift Truck | T1964 | T1964 | #8; with Fork Positioning; Enclosed Cab; Solid Tires | $ 20,000 | $ 25,000 |
| 41 | 1 | Otek | | 15,000-Lbs. Capacity | Diesel Engine | Lift Truck | 1980 | 1980 | #4; with Fork Positioning; Enclosed Cab; Solid Tires | $ 10,000 | $ 15,000 |
| 42 | 1 | Otek | | 20,000-Lbs. Capacity | Diesel Engine | Lift Truck | 1580 | 1580 | #2; with 360 Degree Manipulator Attachment; Enclosed Cab; Solid Tires | $ 20,000 | $ 25,000 |
| 43 | 1 | Pangborn | LK-1 | | Rotoblast | Shot Blast Machine | 8LK1-748 | 1974 | with Double Swing Out Doors; Manganese Lined Interior; Bucket Elevator; Shot Reclaim; Bag House Dust Collector | $ 25,000 | $ 35,000 |
| 44 | 1 | Pangborn | LK-4 | 6' Dia Table | Rotoblast | Shot Blast Machine | 6LK4-754 | 1975 | with Double Swing Out Doors; Manganese Lined Interior; Bucket Elevator; Shot Reclaim; Bag House Dust Collector | $ 15,000 | $ 25,000 |
| 45 | 1 | Progressive | | 25-Ton x 70' Span | Top Running Double Girder | Bridge Crane | | | with Motorized Trolly Wire Rope Hoist; Remote Control; (3) Assorted Lift Clamp Attachments | $ 40,000 | $ 50,000 |
| 46 | 1 | Reliable | | 3-Ton | Pedestal | Jib Crane | | | with Coffing Plain Trolly Electric Chain Hoist | $ 1,250 | $ 1,500 |

EXHIBIT A


Goindustry DoveBid
A LIQUIDITY SERVICES MARKETPLACE

Forge USA
Houston, Texas

| ITEM | QTY | MANUFACTURER | MODEL | SIZE/CAP | DESCRIPTION GAT | DESCRIPTION SAT | SERIAL # | YEAR | SPECIFICATIONS | FORCED LIQUIDATION VALUE | ORDERLY LIQUIDATION VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | 1 | Sieck | | Est. 20 Metric Ton Capacity | Rail Bound Open Die Forging | Manipulator | | | (Note: Manufacturer data plate missing); Approx. Age 1960's; Remote Controlled; with (4) Oilgear PVV250 Hydraulic Pumps; (2) 100hp Motors; Switchgear | $ 175,000 | $ 250,000 |
| 48 | 1 | Simpson | King Brute | | Portable | Pressure Washer | 12130408 | | 2.8-gpm; 3,000-psi | $ 500 | $ 750 |
| 49 | 1 | Sullair | 25-150H | 150hp | Rotary Screw | Air Compressor | 003-51374 | | Skid Mounted | $ 2,000 | $ 2,750 |
| 50 | 1 | Sullair | | 40hp | Rotary Screw | Air Compressor | | | (Note: Manufacturer data plate missing) | $ 1,000 | $ 1,250 |
| 51 | 1 | Taylor | | 52,000-Lbs. Capacity | Diesel Engine | Lift Truck | 9859 | | Extended Forks; Fork Positioning; Dual Front Tires; Enclosed Cab; Counterweights | $ 40,000 | $ 50,000 |
| 52 | 1 | Thermal Dynamics | Cutmaster 152 | | | Plasma Cutter | MX1347030364 | | with Coolant System | $ 1,000 | $ 1,250 |
| 53 | 1 | Wells | L-3D | | Horizontal | Band Saw | 191328 | | Approx. 7" Dia. x 14' Long | $ 750 | $ 1,000 |
| 54 | 1 | | | 4,000-Gallon | Cylindrical Horizontal Carbon Steel Diesel Storage | Tank | | | | $ 3,000 | $ 5,000 |
| 55 | 1 | | | 1,500-Gallon | Cylindrical Horizontal Carbon Steel Storage | Tank | | | Approx. 4' Dia. x 11' Long | $ 1,200 | $ 1,600 |
| 56 | 1 | | | 2-Ton | Pedestal | Jib Crane | | | with Coffing Motorized Trolley Electric Chain Hoist | $ 1,500 | $ 2,000 |
| 57 | 1 | | | 2-Ton | Pedestal | Jib Crane | | | with Coffing Plain Trolley Electric Chain Hoist | $ 1,000 | $ 1,250 |
| 58 | 1 | | | 2-Ton | Pedestal | Jib Crane | | | with Budgit Plain Trolley Electric Chain Hoist | $ 1,000 | $ 1,250 |
| 59 | 1 | | | 3-Ton | Pedestal | Jib Crane | | | with Harrington Motorized Trolly Electric Chain Hoist | $ 2,000 | $ 2,500 |
| 60 | 1 | | | | | | | | Lot of (2) Spare Oil Filled Transformers, 100 & 250 kVA, (non-PCB); & Offsite | $ 4,000 | $ 6,000 |
| 61 | 1 | | | | | | | | Lot of (3) Spare Diesel Engines, C/O (2) Detroit 6V53 & (1) Cat 3208 | $ 7,500 | $ 10,000 |
| 62 | 1 | | | | | | | | Lot of Welding Equipment, C/O Miller Model S-740 Wire Feeder; Lincoln Model LN-7 Wire Feeder; Victor Model VCM200 Torch Buggy; Phoenix Model 9 Dry Rod Oven | $ 1,000 | $ 1,500 |
| 63 | 1 | | | | | | | | Compressed Air System, C/O (2) Ingersoll Rand Series F Horizontal Reciprocating Air Compressors, S/N F4B92013 & F4B92213, (1950's); Each with 60hp Syncronous Motor; Switchgear | $ 15,000 | $ 25,000 |
| 64 | 1 | | | | | | | | Lot of (7) Custom Fabricated Gas Fired Box Type Heat Treat Furnaces; From Approx. 138" to 168" Wide x 8' High x 10-1/2' Deep I.D.; with Refractory & Fiber Lined Interior; Automatic Door; Control Panel & Chart Recorder; #3,4,5,6,7,8,9 | $ 35,000 | $ 70,000 |
| 65 | 1 | | | | | | | | Lot of (3) Cress Est. 12" x 20" x 12" I.D. Electric Muffle Furnaces; with Chart Recorders | $ 2,500 | $ 3,000 |
| 66 | 1 | | | | | | | | Lot of (7) Custom Fabricated Gas Fired Box Type Heat Treat Furnaces; Approx. 102" Wide x 84" High x 96" Deep I.D.; with Refractory & Fiber Lined Interior; Automatic Door; Control Panel & Chart Recorder; #1,2,3,4,7,8,9 | $ 28,000 | $ 36,000 |
| 67 | 1 | | | | | | | | Lot of (2) Custom Fabricated Gas Fired Car Bottom Type Heat Treat Furnaces; Approx. 96" Wide x 72" High x 138" Deep I.D.; with Refractory & Fiber Lined Interior; Automatic Chain Drive Car; Control Panel & Chart Recorder; #5,6 | $ 10,000 | $ 20,000 |
| 68 | 1 | | | | | | | | Lot of Water and Polymer Quenching System; with (1) Custom Fabricated 20,000 Gallon Welded Steel Water Quench Tank with Hydraulic Table Lift; (1) Custom Fabricated Est. 15,000 Gallon Welded Steel Polymer Quench Tank with Hydraulic Table Lift; (2) Mission Magnum Size 8x6x11 50hp Recirculating Pumps; Sprecher-Schuh Controls; (4) Marmon Model GM20H176 20hp Agitators; (2) Marmon Model GM20H176 Agitators, (Spare); Controls; (1) Approx. 17,000 Gallon 12' Dia. x 20' High Welded Steel Storage Tank; (1) Delta Elevated Fiberglass Cooling Tower with Stand; (1) Delta Model F150 Fiberglass Cooling Tower | $ 15,000 | $ 30,000 |
| 69 | 1 | | | | | | | | Lot of Miscellaneous Plant Support Equipment, To Include: Electrical Switch Gear; Compressed Air Receiver Tanks; Material Handling Rolling Stock; Maintenance Equipment; Hand-Held Power Tools; Cabinets; Racks; Shop Furniture; Fans; Ladders; Parts Containers; Office Furniture & Computer Equipment | $ 30,000 | $ 50,000 |

**TOTALS:** $ 1,207,800   $ 1,789,050

EXHIBIT A



Goindustry DoveBid
A LIQUIDITY SERVICES MARKETPLACE

Forge USA
Brookshire, Texas

APPRAISAL
ASSETS LOCATED AT
FORGE USA
34218 SUNSET LANE
BROOKSHIRE, TEXAS

| ITEM # | QTY | MANUFACTURER | MODEL | SIZE/CAP | DESCRIPTION GAT | DESCRIPTION SAT | SERIAL # | YEAR | SPECIFICATIONS | FORCED LIQUIDATION VALUE | ORDERLY LIQUIDATION VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Barnes | HH-12 | 46' Stroke | Single Spindle Horizontal | Honing Machine | ZP-11138 | 2013 | with 30" Bore Capcity; 36" O.D. Capacity; 10-70 FPM Reciprocation Speed; 10-75 rpm Spindle Speed; 50hp; Allen Bradley PLC; Losma Coolant Filtration System; Tooling | $ 280,000 | $ 350,000 |
| 2 | 1 | Betts | | 72" x 20' | Heavy Duty | Engine Lathe | 56R3458-1 | 1956 | with 64" 4-Jaw Chuck; 150hp; (3) Steady Rests; Retrofitted with NUM CNC Control; Mayfran Chip Conveyor | $ 100,000 | $ 125,000 |
| 3 | 1 | Betts | | 96" | Double Column Vertical | Turning Lathe | | | with 48" Height Under Rail; (2) Ram Heads On Rail; 96" Dia. 4-Jaw Chuck Table; 102" Max. Swing | $ 20,000 | $ 30,000 |
| 4 | 1 | Bobcat | 863 | | | Skid Steer Loader | 514451640 | 2003 | 5,132 Hours At Inspection; EROPS; with Bucket & Sweeper Attachments | $ 7,500 | $ 9,500 |
| 5 | 1 | Bullard | Dynatrol | 46" | Vertical | Turning Lathe | | | with 48" Height Under Rail; (1) Ram Head On Rail; (1) Side Head; 46" Dia. 4-Jaw Chuck Table; 52" Max. Swing | $ 20,000 | $ 25,000 |
| 6 | 1 | Bullard | Dyn-Au-Tape | 56" | Vertical | Turret Lathe | 33093 | 1977 | 72" Height Under Rail; (1) Ram Head On Rail; (1) Turret Head On Rail; 56" Dia. Table; Max. 70" Swing; (Note: Not In Use At Inspection) | $ 35,000 | $ 45,000 |
| 7 | 1 | Bullard | Cutmaster | 74" | Vertical | Turning Lathe | 22754 | 1943 | with 62" Height Under Rail; (1) Ram Head On Rail; (1) Turret Head On Rail; (1) Side Head; 74" Dia. 4-Jaw Chuck Table; 80" Max. Swing; Pendant Control; Chip Conveyor | $ 37,500 | $ 47,500 |
| 8 | 1 | Bullard | Cutmaster | 76" | Vertical | Turning Lathe | 32027 | 1968 | with 72" Height Under Rail; (2) Ram Heads On Rail; 76" Dia. 4-Jaw Chuck Table; 82" Max. Swing; Pendant Control; Chip Conveyor | $ 75,000 | $ 95,000 |
| 9 | 1 | Bullard | Dynatrol | 86" | Vertical | Turning Lathe | 31736 | 1966 | with 120" Height Under Rail; (1) Ram Head On Rail; (1) Turret Head On Rail; (1) Side Head; 86" Dia. 4-Jaw Chuck Table; 98" Max. Swing; Pendant Control; Chip Conveyor | $ 85,000 | $ 105,000 |
| 10 | 1 | Bushman | M9604 | 30 Ton | | Upender | 14354 | 1991 | | $ 17,500 | $ 22,500 |


GoIndustry
DoveBid
A LIQUIDITY SERVICES MARKETPLACE

EXHIBIT B

| ITEM # | QTY | MANUFACTURER | MODEL | SIZE/CAP | DESCRIPTION GAT | DESCRIPTION SAT | SERIAL # | YEAR | SPECIFICATIONS | FORCED LIQUIDATION VALUE | | ORDERLY LIQUIDATION VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 1 | Caterpillar | PD12000 | 12,000-Lbs. Capacity | Diesel Engine | Lift Truck | AT28C80069 | | 5,851 Hours At Inspection; 172" Lift 3-Stage Mast; Fork Positioning; Overhead Guard; Solid Tires | $ | 32,500 | $ 40,000 |
| 12 | 1 | Caterpillar | DP40KL | 8,000-Lbs. Capacity | Diesel Engine | Lift Truck | AT19C70271 | | 6,057 Hours At Inspection; 159" Lift 2-Stage Mast; Side Shift; Overhead Guard; Solid Tires | $ | 18,500 | $ 22,500 |
| 13 | 1 | Cincinnati | | | Hypowermatic Duplex Production | Milling Machine | 6B52D5VE/3 | 1969 | Raised Clearance; Approx. 7' Table; Pendant Control | $ | 7,500 | $ 10,000 |
| 14 | 1 | Cincinnati | | | Hypowermatic Duplex Production | Milling Machine | 31145205W-6 | 1970 | Raised Clearance; Approx. 7' Table; Pendant Control | $ | 7,500 | $ 10,000 |
| 15 | 1 | Cincinnati | 550-225 | | Hypowermatic Duplex Production | Milling Machine | 311452D82-0001 | 1982 | Approx. 7' Table; Pendant Control | $ | 5,000 | $ 7,500 |
| 16 | 1 | Cincinnati Bickford | | 6' Arm x 17" Dia. Column | | Radial Arm Drill | 6E-422 | 1940 | (Note: Not In At Inspection) | $ | 2,500 | $ 3,000 |
| 17 | 1 | Custom Built | | | | Water Tower System | | | with (2) Delta Cooling Towers; Approx. 10,000 Gallon Vertical Cylindrical Welded Steel Storage Tank; (2) 50hp Pumps | $ | 10,000 | $ 15,000 |
| 18 | 6 | Custom Fabricated | | 8' to 10' Wide x 8' High x 9' Deep I.D. | Gas Fired Box Type | Heat Treat Furnace | | | Approx. 1,800 Degree F. Max Temperature; Refractory & Fiber Lined Interior; 4-Burner; Automatic Door; Control Panel & Chart Recorder | $ | 90,000 | $ 120,000 |
| 19 | 1 | G&L Cincinnati Bickford | | 10' Arm x 34" Dia. Column | | Radial Arm Drill | 34-2 | | with 10' x 10' Table & (2) 42" x 44" Tables; (Note: Hoffacker Name Plate) | $ | 15,000 | $ 25,000 |
| 20 | 1 | Genie | S-45 | 45' | 4x4 Boom Type | Aerial Lift | 545-4745 | 2000 | 3,834 Hours At Inspection | $ | 10,000 | $ 13,000 |
| 21 | 1 | Giddings & Lewis | PTM | 48" x 60" x 18' | Double Housing | Planer Mill | 700-16-60 | 1960 | with (1) Vertical Rail Head, 60hp; (1) Side Head, 60hp; 58" Between Housings; Pendant Control; Mayfran Chip Conveyor; Pit Mounted; (Note: Side Head Being Rebuilt At Inspection) | $ | 25,000 | $ 35,000 |
| 22 | 1 | Giddings & Lewis | 65H5 | 5" | Table-Type CNC Horizontal | Boring Mill | 420-5-60 | 1960 | Retrofitted with NUM CNC Control; 48" x 72" Table; Approx. 5' Vertical Travel; Chip Conveyor | $ | 60,000 | $ 70,000 |

EXHIBIT B

11


GoIndustry DoveBid
A LIQUIDITY SERVICES MARKETPLACE

| ITEM # | QTY | MANUFACTURER | MODEL | SIZE/CAP | DESCRIPTION GAT | DESCRIPTION SAT | SERIAL # | YEAR | SPECIFICATIONS | FORCED LIQUIDATION VALUE | ORDERLY LIQUIDATION VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | 1 | Giddings & Lewis | 70H-6T-3X | 6" | Table-Type CNC Horizontal | Boring Mill | 420-255-71 | 1971 | Retrofitted with NUM CNC Control; 60" x 120" Table; Approx. 9' x 7' x 4' XYZ; Chip Conveyor | $ 80,000 | 90,000 |
| 24 | 1 | HEM | H3236A-DC-C | 32" x 36" | Dual Column Horizontal | Band Saw | | 2007 | 2" Blade; Hydraulics; Power Roller Conveyor; Coolant System | $ 40,000 | 50,000 |
| 25 | 1 | HMI | 9510-25 | 95 Ton | Hydraulic | Ironworker | 102-45-14- | 2000 | (Note: Not In Use At Inspection) | $ 3,000 | 4,000 |
| 26 | 1 | Hydraulic Press Mfg. | | 1500-Ton | Hydraulic | Straightening Press | 51-212 | 1951 | Bed Size Approx. 3' Wide x 28' Long; Traveling Head; 48" Dia. Piston; 60hp; Pit Mounted; (Note: Not In Use At Inspection) | $ 12,000 | 20,000 |
| 27 | 1 | Hyster | H300B | 30,000-Lbs. Capacity | Diesel | Lift Truck | B19P-1911C | | 240" Lift; Fork Positioning; Enclosed Cab; Dual Front Tires | $ 18,000 | 23,000 |
| 28 | 1 | Hyundai Kia | KBN-135 | 5.3" | Table-Type CNC Horizontal | Boring Mill | G3216-0252 | 2011 | 118.1" x 78.7" x 63" X 27.6" WZrW; 0.001 Degree Full 4th Axis; 70.87" x 78.74" Rotary Table; 22,000-lb Capacity; 5-2000 rpm; 50 Taper; 40-Station Automatic Tool Changer; Fanuc 16i-MB CNC Control; Through Spindle Coolant; Chip Blaster; Chip Conveyor | $ 325,000 | 375,000 |
| 29 | 1 | Ingersoll | | 76' x 72' x 72' | Double Housing | Planer Mill | 21937 | 1966 | with (2) Vertical Rail Heads, 150hp; (1) Side Head, 150hp; 96" Between Housings; (3) 24' Long Tables; Pit Mounted; Upgraded Electricals, Drives & Controls; (Note: The Machine Is Disassembled And Incomplete Rebuild Project Ongoing At Inspection; The Appraiser Has Invoiced A Hypothetical Condition That The Machine Is In Operation And In Very Good | $ 150,000 | 250,000 |
| 30 | 1 | Kasto | BBS 1260/1560 | | Traveling Column Vertical | Plate Saw | 101-001-6313/85074 | 1990 | 48" Height x 60" Throat; 3" Blade; Coolant System; Drag Conveyor | $ 40,000 | 60,000 |


GoIndustry DoveBid
A LIQUIDITY SERVICES MARKETPLACE

EXHIBIT B

Forge USA
Brookshire, Texas

| ITEM # | QTY | MANUFACTURER | MODEL | SIZE/CAP | DESCRIPTION GAT | DESCRIPTION SAT | SERIAL # | YEAR | SPECIFICATIONS | FORCED LIQUIDATION VALUE | | ORDERLY LIQUIDATION VALUE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | 1 | Kaukauna | 3040 | 4" | Floor-Type Horizontal | Boring Mill | 211 | 1954 | with 8' Column Travel; 50" Vertical Travel; 5' x 10' Table | $ | 7,500 | $ | 10,000 |
| 32 | 1 | Kone Cranes | | 10-Ton x 65' Span | Top Running Double Girder | Bridge Crane | 8200630 | 2007 | Motorized End Trucks; Motorized Trolly Wire Rope Hoist; Remote Control | $ | 20,000 | $ | 25,000 |
| 33 | 1 | Kone Cranes | | 10-Ton x 65' Span | Top Running Double Girder | Bridge Crane | 8200631 | 2007 | Motorized End Trucks; Motorized Trolly Wire Rope Hoist; Remote Control | $ | 20,000 | $ | 25,000 |
| 34 | 1 | Kone Cranes | | 10-Ton x 65' Span | Top Running Double Girder | Bridge Crane | 8200629 | 2007 | Motorized End Trucks; Motorized Trolly Wire Rope Hoist; Remote Control | $ | 20,000 | $ | 25,000 |
| 35 | 1 | Kone Cranes | | 30-Ton x 65' Span | Top Running Double Girder | Bridge Crane | 8300627 | 2007 | Motorized End Trucks; Motorized Trolly Wire Rope Hoist; Remote Control | $ | 55,000 | $ | 70,000 |
| 36 | 1 | Kone Cranes | | 30-Ton x 65' Span | Top Running Double Girder | Bridge Crane | 8300626 | 2007 | Motorized End Trucks; Motorized Trolly Wire Rope Hoist; Remote Control | $ | 55,000 | $ | 70,000 |
| 37 | 1 | Kone Cranes | | 30-Ton x 65' Span | Top Running Double Girder | Bridge Crane | 8200628 | 2007 | Motorized End Trucks; Motorized Trolly Wire Rope Hoist; Remote Control | $ | 55,000 | $ | 70,000 |
| 38 | 1 | LeBlond | 7GSR | 40" x 540" | Hollow Spindle | Boring Lathe | 7GB-8 | | (Rebuilt in 2012); with 92' Long 3-Section Base; 45" Pull Bore Range; 10" Push Bore Range; 28" Hollow Spindle; 48" 6-Jaw Chuck; 150hp Drive Motor; 25hp Feed Motor; 25 to 1 Gear Box; (4) Steady Rests; 60' 7" Pull Bar; (30) Assorted Shop Made Pull Bore Heads; (5) Shop Made Multi Range Heads; New 2012 Electical Drives & Controls | $ | 250,000 | $ | 350,000 |
| 39 | 1 | LeBlond | 4025 | 40" x 660" | Heavy Duty | Engine Lathe | 3NK915 | 1974 | with 25" Swing Over Carriage; 3" Hollow Spindle; 5-600 rpm; 4-Jaw Chuck; 75hp; (2) Steady Rests; Mayfran Chip Conveyor | $ | 125,000 | $ | 150,000 |
| 40 | 1 | Lucas | | 5" | Table-Type CNC Horizontal | Boring Mill | | | Retrofitted with NUM CNC Control; 48" x 108" Table; Approx. 8' x 6' x 4' XYZ; Chip Conveyor | $ | 75,000 | $ | 90,000 |
| 41 | 1 | Lucas | | 5" | Table-Type CNC Horizontal | Boring Mill | | | Retrofitted with NUM CNC Control; 48" x 108" Table; Approx. 8' x 7' x 4' XYZ; Chip Conveyor | $ | 65,000 | $ | 75,000 |
| 42 | 1 | Lucas | | 5" | Table-Type CNC Horizontal | Boring Mill | | | Retrofitted with NUM CNC Control; 48" x 132" Table; Approx. 10' x 7' x 5' XYZ; Chip Conveyor | $ | 80,000 | $ | 100,000 |



GoIndustry
DoveBid
A LIQUIDITY SERVICES MARKETPLACE

EXHIBIT B

13

| ITEM # | QTY | MANUFACTURER | MODEL | SIZE/CAP | DESCRIPTION GAT | DESCRIPTION SAT | SERIAL # | YEAR | SPECIFICATIONS | FORCED LIQUIDATION VALUE | ORDERLY LIQUIDATION VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | 1 | Lucas | | 6" | Table-Type CNC Horizontal | Boring Mill | | | Retrofitted with NUM CNC Control; 60" x 108" Table; Approx. 8' x 9' x 5' XYZ; Chip Conveyor | $ 100,000 | $ 125,000 |
| 44 | 1 | Lucas | | 6" | Table-Type CNC Horizontal | Boring Mill | | | Retrofitted with NUM CNC Control; 54" x 98" Table; Approx. 7' x 5' x 3' XYZ; Chip Conveyor | $ 25,000 | $ 32,500 |
| 45 | 1 | Machining Systems | HMC200 | | CNC Horizontal | Machining Center | 08M3730 | 2008 | 78" x 58" x 58" XYZ; 360 Degree B Axis; (2) 39" x 39" Pallets; (2) 39" x 60" Pallets; 590 Taper; 48-Station Automatic Tool Changer; Fanuc Oi-MC CNC Control; Coolant System; Chip Conveyor | $ 75,000 | $ 100,000 |
| 46 | 1 | Mackintosh-Hemphill | 85" Stroke | 3" to 11-1/2" Capacity | Horizontal | Drilling Lathe | 73403 | | 30" Bed; 52" Chuck; 14' Drill Bar; 9" Core Cutting Capacity; 10' Pressure Head Travel; 3 Speed Gear Box; 50hp DC Spindle Motor; 60hp AC Feed Motor; 800 Gallon Coolant Filtration System; (Note: The Machine Is Not In Use At Inspection; The Appraiser Has Invoiced A Hypothetical Condition That The Machine Is In Operation And In Good Condition) | $ 150,000 | $ 200,000 |
| 47 | 1 | Magnaflux | CRQ-10 | 10,000 Amp | Magnetic Particle | Inspection Machine | 72348 | | | $ 3,500 | $ 4,250 |
| 48 | 1 | Monarch | 81 | 45" x 280" | Heavy Duty | Engine Lathe | 52741 | 1979 | with 35" Swing Over Carriage; 24" 4-Jaw Chuck; 200hp; Steady Rest; Chip Conveyor | $ 40,000 | $ 50,000 |
| 49 | 1 | Poreba | WFA-200 | 7.8" | Floor-Type CNC Horizontal | Boring Mill | 1117-003 | 1973 | Retrofitted with CNC Control; 156" x 258" Table; Approx. 206" Column Travel; 96" Vertical Travel; Chip Conveyor; Pit Mounted | $ 175,000 | $ 225,000 |
| 50 | 1 | Rockford | | 36" x 36" x 10' | Double Housing | Planer Mill | 115-OMD-82 | 1966 | with (1) Vertical Rail Head, 30hp; (2) Side Heads, 30hp; PLC Control; (2) Chip Conveyors | $ 50,000 | $ 65,000 |

14


GoIndustry DoveBid
A LIQUIDITY SERVICES MARKETPLACE

EXHIBIT B

| ITEM # | QTY | MANUFACTURER | MODEL | SIZE/CAP | DESCRIPTION GAT | DESCRIPTION SAT | SERIAL # | YEAR | SPECIFICATIONS | FORCED LIQUIDATION VALUE | ORDERLY LIQUIDATION VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | 1 | Rockford | | 96" x 72" x 30' | Double Housing | Planer Mill | 120-RMK-55 | 1976 | with (1) Vertical Rail Head, 60hp; (1) Side Head, 60hp; 27-618 rpm; 118" Between Housings; Pendant Control; (2) Mayfran Chip Conveyors; Pit Mounted | $ 75,000 | $ 100,000 |
| 52 | 1 | Romer | RA-7530 | | Inspection | Measuring Arm | 753010740C | 2012 | (Not Inspected) | $ 15,000 | $ 17,500 |
| 53 | 1 | Silvan | | 1040 Gallon | Vertical Air Receiver | Tank | 730378 | 2012 | | $ 1,500 | $ 2,000 |
| 54 | 1 | SMS SUTTON/DANGO & DIENENTHAL | Type S80.1SVZ | 35-Ton | Rail Bound Open Die Forging | Manipulator | 100-91-002 | 1992 | Special Short And Tail Compact Design; (Note: The Machine Is Disassembled & Located Outside Under Tarp; The Company Reports The Manipulator Was Complete And In Good Operating Condion When Taken Out of Sevice And Shipped To Forge USA; The Appraiser Has Invoked A Hypothetical Condition That The Machine Is In Operation And In Good Condition) | $ 300,000 | $ 375,000 |
| 55 | 1 | Sullair | 12B5-50H | 50hp | Rotary Screw | Air Compressor | 003-92955 | | with Sound Enclosure | $ 3,250 | $ 4,000 |
| 56 | 1 | Sullair | 12B-50L | 50hp | Rotary Screw | Air Compressor | 003-58690 | | Skid Mounted | $ 2,000 | $ 2,500 |
| 57 | 1 | Taiyo Seiki | 4T | | Saddle Type | Turret Lathe | 4018 | 1980 | with 20-530 rpm; 12.75" Hole; 32" 4-Jaw Chuck; 6-Position Turret; 75hp; Coolant System | $ 50,000 | $ 65,000 |
| 58 | 1 | Vantage | P86028060 | 60' x 240" | Heavy Duty | Engine Lathe | 13011046 | 2013 | with 28" Hollow Spindle; (2) 42" 4-Jaw Chucks; 4-Way Tool Post; Inch/Metric; (3) Steady Rests; Chip Conveyor | $ 150,000 | $ 175,000 |
| 59 | 1 | Yama Seiki | BM-1800 | | CNC Vertical | Machining Center | 1800-11016 | 2011 | 70.8" x 31.5" x 31.5" XYZ; 50 Taper; 30-Station Automatic Tool Changer; 6000 rpm; Fanuc Oi-MD CNC Control; Coolant System; Chip Conveyor | $ 100,000 | $ 125,000 |
| 60 | 1 | | | 5-Ton | Pedestal | Jib Crane | | | with Coffing Electric Chain Hoist | $ 3,000 | $ 4,000 |

EXHIBIT B



GoIndustry
DoveBid
A LIQUIDITY SERVICES MARKETPLACE

Forge USA
Brookshire, Texas

| ITEM # | QTY | MANUFACTURER | MODEL | SIZE/CAP | DESCRIPTION GAT | DESCRIPTION SAT | SERIAL # | YEAR | SPECIFICATIONS | FORCED LIQUIDATION VALUE | ORDERLY LIQUIDATION VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | 1 | | | | | | | | Lot of Maintenance Shop Machinery, To Include: Yang Model CL40100G 15" x 40" Engine Lathe, S/N A94081; Comet Model 3HV Universal Milling Machine, S/N 022; Bridgeport 1hp Vertical Milling Machine, S/N 96292; Cincinnati Model 3 Vertical Milling Machine, S/N 4A3VSD-3; Tos Kurim Finesa Model FNK25 Vertical Milling Machine; Jet Portable Band Saw; EMA 4' Radial Arm Drill, S/N 2335; Monarch 14.5" x 30" Engine Lathe, S/N 19873; Cincinnati Hydrashift 19" x 54" Engine Lathe, S/N 55024; Miller Model Millermatic 180 Welder, S/N LJ010666; Miller Model Syncrowave 200 Welder, S/N MC170196; Hypertherm Model Powermax 105 Plasma Cutter, S/N 105-009543; Tritan Generator (Not In Use); Sunex Shop Press; Pedestal Grinder; Carbide Tool Grinder; Vises; Digital Readouts; etc. | $   15,000 | 20,000 |
| 62 | 1 | | | | | | | | Lot of Plant Support Equipment, To Include: Scrap Hoppers; Lift Magnets; Rigging Chains, Slings & Hooks; Ladders; Pallet Racks; Machine Tool Holders; Machine Vises; Carts; Tables; Fans; Shop Furniture; etc. | $   50,000 | 75,000 |
| 63 | 1 | | | | | | | | Lot of Office Furniture; Business Machines & Computer Equipment | $   8,000 | 10,000 |
| | | | | | | | | | | $   3,847,750 | $   4,934,250 |

16


GoIndustry DoveBid
A LIQUIDITY SERVICES MARKETPLACE

EXHIBIT B

Debtor  **Brougher, Inc**                                      Case number (if known)  **16-35575**
        Name

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 10:  Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| forgeusa.com | | | $0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
    Add lines 60 through 65.  Copy the total to line 89.                                   **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☑ Yes.  Fill in the information below.

                                                                          Current value of
                                                                          debtor's interest

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    **To be amended for years and amounts.**                    Tax year _____        **$0.00**

Debtor  **Brougher, Inc**                                    Case number (if known)  **16-35575**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
       Name

**73.  Interests in insurance policies or annuities**

| | |
|---|---:|
| **Travelers Insurance** | **$0.00** |
| **Arch Insurance** | **$0.00** |
| **HSB Freestyle** | **$0.00** |
| **United Healthcare Global Companion** | **$0.00** |
| **AIG Group Short- Term Disability Employee Paid Insurance** | **$0.00** |
| **AIG Group Long-Term Disability Employee Paid Insurance** | **$0.00** |
| **AIG Group Term Life and AD&D Employee Paid Insurance** | **$0.00** |
| **AIG Group Life and AD&D Insurance** | **$0.00** |
| **National Guardian Life Group Vision Insurance Master Policy** | **$0.00** |

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

| | |
|---|---:|
| **Potential lender liability suit against Truimph and or TBK Bank,** | **Unknown** |

Nature of claim  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

Amount requested  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

| | |
|---|---:|
| **Mark Miller- pending case** | **$0.00** |

Nature of claim   **Breach of Contract**
                 ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

Amount requested  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**75.  Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.  Trusts, equitable or future interests in property**

**77.  Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78.  Total of Part 11.**
      Add lines 71 through 77. Copy the total to line 90.

| |
|---:|
| **$0.00** |

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Brougher, Inc**
_____    Case number (if known) __16-35575__
      Name

---

**Part 12:** **Summary**

---

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $188,231.63 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $993,593.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $1,173,211.32 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $66,115.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $5,315,550.00 | |
| 88. **Real property.** Copy line 56, Part 9........................................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.    91a. | $7,736,700.95 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92................................................................................................    **$7,736,700.95**

**Fill in this information to identify the case:**

Debtor name **Brougher, Inc**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known) **16-35575**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**

| Creditor's name<br>**Blake Partners** | Describe debtor's property that is subject to a lien | $30,000.00 | $0.00 |
| --- | --- | --- | --- |

Creditor's mailing address
**8881 Hempstead Road**

**Houston, TX 770008**

**Land, Buildings & Mfg Facility**

Describe the lien

**Lease / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred **7/26/2016**

Last 4 digits of account number **K 0 0 1**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$8,316,860.88

Debtor **Brougher, Inc**        Case number (if known) **16-35575**

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

|  | | | **Amount of claim**<br>Do not deduct the<br>value of collateral. | **Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

---

**2.2**   Creditor's name
**DE LAGE LANDEN Financial Services, Il**

Creditor's mailing address
**1111 Old Eagle School Road**

_____

**Wayne**      **PA**    **19087**

Creditor's email address, if known

_____

Date debt was incurred    **6/11/2016**

Last 4 digits of account
number     **E 0 0 1**

Do multiple creditors have an interest in
the same property?

☒ No

☐ Yes.  Have you already specified the
     relative priority?

    ☐ No.  Specify each creditor, including this
      creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
      specified on lines _____

Describe debtor's property that is
subject to a lien

**2 Caterpiller Forklifts**

Describe the lien

**Lease / Agreement**

_____

Is the creditor an insider or related party?

☒ No

☐ Yes

Is anyone else liable on this claim?

☒ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

        **$5,037.11**         **$60,000.00**

---

**2.3**   Creditor's name
**Dell Financial Services**

Creditor's mailing address
**P. O. Box 5292**

_____

**Carol Stream**      **IL**    **60197-5292**

Creditor's email address, if known

_____

Date debt was incurred    **8/2/2016**

Last 4 digits of account
number     **E 0 0 1**

Do multiple creditors have an interest in
the same property?

☒ No

☐ Yes.  Have you already specified the
     relative priority?

    ☐ No.  Specify each creditor, including this
      creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
      specified on lines _____

Describe debtor's property that is
subject to a lien

**Computer Equipment**

Describe the lien

**Software/ Information Technology / Agreement**

_____

Is the creditor an insider or related party?

☒ No

☐ Yes

Is anyone else liable on this claim?

☒ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

        **$5,498.09**         **$0.00**

---

Debtor    **Brougher, Inc**                                     Case number (if known) **16-35575**

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

---

**2.4**

**Creditor's name**
Ricoh USA , Inc.

**Creditor's mailing address**
PO BOX 41602

_____

Philadelphia          PA    19101-1602

**Creditor's email address, if known**

_____

Date debt was incurred    3/24/2016

**Last 4 digits of account number**    O   0   0   1

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Ricoh Imaging equipment, copies and printers- See

**Describe the lien**
Services

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$12,041.31          $7,100.00

---

**2.5**

**Creditor's name**
Third Coast Bank SSB

**Creditor's mailing address**
P. O. Box 3871

_____

Humble                TX    77347

**Creditor's email address, if known**

_____

Date debt was incurred    1/7/2014

**Last 4 digits of account number**    2   7   3   7

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Hone Machine

**Describe the lien**
Promissory Note / Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$260,114.87          $200,000.00

---

Debtor  **Brougher, Inc** _____     Case number (if known) **16-35575**

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.6** Creditor's name
**Triumph - TBK Bank, SSB**

Creditor's mailing address
**3 Park Central, Suite 1700**

_____

**Dallas              TX    75251**

Creditor's email address, if known

Date debt was incurred      **3/4/2016**

Last 4 digits of account number          **A   0   0   1**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**All assets whether now owned/acquired all products**

Describe the lien
**Loan / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$8,000,000.00**        Value of collateral: **$0.00**

---

**2.7** Creditor's name
**U. S. Bank Equipment Finance**

Creditor's mailing address
**P.O. Box 790448**

_____

**ST. Louis            MO   63179-0448**

Creditor's email address, if known

Date debt was incurred      **5/10/2016**

Last 4 digits of account number          **9   5   7   3**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**Xerox Imaging equipment, copiers and printers**

Describe the lien
**Lease / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$4,169.50**        Value of collateral: **$4,000.00**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Brougher, Inc** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **16-35575** |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

   |  | Total claim | Priority amount |
   |---|---|---|

Debtor   **Brougher, Inc**                                   Case number (if known)  **16-35575**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| **3.1** | **Nonpriority creditor's name and mailing address** |
|---|---|

**A & M Technical Services, Inc.**

**4102 Lauder Road**

_____

**Houston**                    **TX       77039**

Date or dates debt was incurred      **6/27/2016**

Last 4 digits of account number      **1    2    7    3**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$11,147.50**

| **3.2** | **Nonpriority creditor's name and mailing address** |
|---|---|

**A&A Pallet Co**

**10350 W Montgomery Rd**

_____

**Houston**                    **TX       77088**

Date or dates debt was incurred      **6/9/2016**

Last 4 digits of account number      **0    6    0    2**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Parts**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,442.50**

| **3.3** | **Nonpriority creditor's name and mailing address** |
|---|---|

**A. Finkl & Sons**

**P.O. Box 92576**

_____

**Chicago**                    **IL       60675-2576**

Date or dates debt was incurred      **6/15/2016**

Last 4 digits of account number      **N    0    0    1**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Parts**

Is the claim subject to offset?
☑ No
☐ Yes

**$973,388.40**

| **3.4** | **Nonpriority creditor's name and mailing address** |
|---|---|

**A. J. Hurt Jr., Inc. dba Hurt Company**

**P O BOX 958427**

_____

**ST. Louis**                    **MO       63195-8427**

Date or dates debt was incurred      **7/21/2016**

Last 4 digits of account number      **T    0    0    1**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Parts**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,094.06**

Debtor **Brougher, Inc**    Case number (if known) **16-35575**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.5** | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**A.W.Chesterton Co.**

**500 Unicorn Park Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Woburn**          **MA**   **01888**

**Basis for the claim:**
**Services**

Date or dates debt was incurred   **8/10/2016**

**Is the claim subject to offset?**

Last 4 digits of account number   **T  0  0  1**

☑ No
☐ Yes

**$1,198.09**

---

| **3.6** | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**Advanced Overhead Crane Service**

**22531 FM 2100**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Crosby**          **TX**   **77532**

**Basis for the claim:**
**Services**

Date or dates debt was incurred   **7/20/2016**

**Is the claim subject to offset?**

Last 4 digits of account number   **A  0  0  2**

☑ No
☐ Yes

**$5,435.86**

---

| **3.7** | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**Airgas Inc.**

**259 N. Radnor-Chester Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Radnor**          **PA**   **19317**

**Basis for the claim:**
**Services**

Date or dates debt was incurred   **4/19/2016**

**Is the claim subject to offset?**

Last 4 digits of account number   **G  0  0  2**

☑ No
☐ Yes

**$4,402.97**

---

| **3.8** | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**Allied Insurance**

**PO BOX 514540**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Los Angeles**          **CA**   **90051-4540**

**Basis for the claim:**
**Insurance**

Date or dates debt was incurred   **10/12/2016**

**Is the claim subject to offset?**

Last 4 digits of account number   **L  I  E  D**

☑ No
☐ Yes

**$225.22**

---

Debtor **Brougher, Inc**                                    Case number (if known) **16-35575**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.9**   Nonpriority creditor's name and mailing address

**Alterra Bank**

**11300 Tomahawk Creek Pkwy, Suite 100**

**Leawood**                          **KS**      **66211**

Date or dates debt was incurred        **12/14/2015**

Last 4 digits of account number        **B   A   N   K**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?

☑ No
☐ Yes

**$14,987.49**

---

**3.10**   Nonpriority creditor's name and mailing address

**American Express**

**P. O. Box 360001**

**Ft Lauderdale, FL 3336-0001**

Date or dates debt was incurred        **3/29/2016**

Last 4 digits of account number        **X   0   0   1**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?

☑ No
☐ Yes

**$2,543.66**

---

**3.11**   Nonpriority creditor's name and mailing address

**ArcelorMittal Steel USA**

**28783 Network Place**

**Chicago**                          **IL**      **60673-1287**

Date or dates debt was incurred        **12/28/2015**

Last 4 digits of account number        **3   1   3   1**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Parts**

Is the claim subject to offset?

☑ No
☐ Yes

**$269,282.06**

---

**3.12**   Nonpriority creditor's name and mailing address

**Armstrong Transport Group, Inc.**

**PO BOX 150370**

**Ogden**                          **UT**      **84415**

Date or dates debt was incurred        **7/22/2016**

Last 4 digits of account number        **R   A   N   S**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?

☑ No
☐ Yes

**$5,025.00**

---

Debtor  **Brougher, Inc**                                    Case number (if known)  **16-35575**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $98,325.82 |

**ASW Steel Inc.**

**P. O. Box 56**

**Welland Ontario L3B 5N9, CANADA**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Parts**

Date or dates debt was incurred     **4/4/2016**

Last 4 digits of account number     **4   0   8   3**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.22 |

**Bass Tool & Supply Inc.**

**2300 Fairway Park Drive Ste 100**

**Houston                     TX        77092**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Parts**

Date or dates debt was incurred     **6/1/2016**

Last 4 digits of account number     **1   6   2   2**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $63,615.58 |

**BBVA Compass - 8176**

**PO Box 2210**

**Decatur                     AL        35699**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Credit Card**

Date or dates debt was incurred     **5/31/2016**

Last 4 digits of account number     **P   A   S   S**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.48 |

**Bobcat of Houston**

**P.O. Box 846271**

**Dallas                     TX        75284-6271**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Date or dates debt was incurred     **8/11/2016**

Last 4 digits of account number     **C   0   0   1**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| Debtor | **Brougher, Inc** | Case number (if known) | **16-35575** |

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.17** Nonpriority creditor's name and mailing address

$13,056.81

**Bourn & Koch Inc**

**JP Morgan Chase**

**Chicago**                    **IL        60678-1368**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Date or dates debt was incurred     **7/14/2016**

Last 4 digits of account number     **R   0   0   1**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

$10,252.69

**Bracewell & Giuliani, LLP**

**P.O. Box 848566**

**Dallas**                    **TX        75284-8566**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorney**

Date or dates debt was incurred     **1/14/2016**

Last 4 digits of account number     **C   0   0   1**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

$1,945.00

**Brian Service and Calibration**

**P.O. Box 1348**

**Pearland**                    **TX        77588**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Date or dates debt was incurred     **8/26/2016**

Last 4 digits of account number     **1   8   8   8**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

$416.50

**Bud Griffin Customer Support**

**5010 Teminal St**

**Bellaire**                    **TX        77401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Date or dates debt was incurred     **8/16**

Last 4 digits of account number     **U   S   0   1**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  **Brougher, Inc**                                    Case number (if known)  **16-35575**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     **Amount of claim**

---

**3.21**  Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:                     **$4,474.40**
                                                                *Check all that apply.*
**Carbide and Supply, Inc.**                                    ☐ Contingent
**4311 FM 2351**                                                ☐ Unliquidated
                                                                ☐ Disputed

                                                                **Basis for the claim:**
**Friendswood**                **TX**     **77546**             **Parts**

Date or dates debt was incurred        **7/25/2016**           **Is the claim subject to offset?**
                                                                ☑ No
Last 4 digits of account number        **0   3   2   5**       ☐ Yes

---

**3.22**  Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:                     **$41,471.84**
                                                                *Check all that apply.*
**Cardmember Services**                                         ☐ Contingent
**P O BOX 94014**                                               ☐ Unliquidated
                                                                ☐ Disputed

                                                                **Basis for the claim:**
**PALATINE**                   **IL**     **60094-4014**        **Credit Card**

Date or dates debt was incurred        **4/18/2016**           **Is the claim subject to offset?**
                                                                ☑ No
Last 4 digits of account number        **2   5   2   8**       ☐ Yes

---

**3.23**  Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:                     **$2,000.00**
                                                                *Check all that apply.*
**CDS Transport, Inc.**                                         ☐ Contingent
**P.O. Box 100**                                                ☐ Unliquidated
                                                                ☐ Disputed

                                                                **Basis for the claim:**
**Heber City**                 **UT**     **84032-3200**        **Services**

Date or dates debt was incurred        **8/2/2016**            **Is the claim subject to offset?**
                                                                ☑ No
Last 4 digits of account number        **3   0   0   2**       ☐ Yes

---

**3.24**  Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:                     **$757.46**
                                                                *Check all that apply.*
**Champion Fastners**                                           ☐ Contingent
**10624 Tower Oaks**                                            ☐ Unliquidated
                                                                ☐ Disputed

                                                                **Basis for the claim:**
**Houston**                    **TX**     **77070**             **Parts**

Date or dates debt was incurred        **7/21/2016**           **Is the claim subject to offset?**
                                                                ☑ No
Last 4 digits of account number        **T   0   0   1**       ☐ Yes

---

Debtor   **Brougher, Inc**                                          Case number (if known)   **16-35575**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.25** | Nonpriority creditor's name and mailing address |
|---|---|

**Chemsearch**

**PO Box 971269**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                          **TX**      **75397-1269**

Basis for the claim:   **Parts**

Date or dates debt was incurred   **7/25/2016**

Last 4 digits of account number   **M   0   0   1**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,958.87**

---

| **3.26** | Nonpriority creditor's name and mailing address |
|---|---|

**Chemtool. Inc.**

**Lockbox #777161**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Chicago**                          **IL**      **60677-7001**

Basis for the claim:   **Parts**

Date or dates debt was incurred   **8/4/2016**

Last 4 digits of account number   **L   0   0   1**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,295.75**

---

| **3.27** | Nonpriority creditor's name and mailing address |
|---|---|

**Cintas Corporaton**

**PO Box 650838**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                          **TX**      **75265-0838**

Basis for the claim:   **Services**

Date or dates debt was incurred   **4/19/2016**

Last 4 digits of account number   **T   0   0   2**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,394.71**

---

| **3.28** | Nonpriority creditor's name and mailing address |
|---|---|

**City of Houston Permit Section**

**P.O. Box 2688**

**Houston,, TX 77252**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Utilities**

Date or dates debt was incurred   **8/1/2016**

Last 4 digits of account number   **U   0   0   3**

Is the claim subject to offset?
☑ No
☐ Yes

**$200.50**

Debtor    **Brougher, Inc**                                    Case number (if known)    **16-35575**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

**3.29**   Nonpriority creditor's name and mailing address         As of the petition filing date, the claim is:                **$6,892.75**
*Check all that apply.*

**Controlled Fluids, Inc.**                                        ☐ Contingent

**PO Drawer 1914**                                                 ☐ Unliquidated
                                                                   ☐ Disputed

                                                                   **Basis for the claim:**

**Beaumont**                       **TX**    **77704**             **Parts**

Date or dates debt was incurred    **8/8/2016**                    Is the claim subject to offset?

Last 4 digits of account number    **T    0    0    1**            ☑ No
                                                                   ☐ Yes

---

**3.30**   Nonpriority creditor's name and mailing address         As of the petition filing date, the claim is:                **$485.10**
*Check all that apply.*

**Core Refractory Systems**                                        ☐ Contingent

**4555 Homestead Suite 606**                                       ☐ Unliquidated
                                                                   ☐ Disputed

                                                                   **Basis for the claim:**

**Houston**                        **TX**    **77028**             **Parts**

Date or dates debt was incurred    **7/15/2016**                   Is the claim subject to offset?

Last 4 digits of account number    **T    0    0    1**            ☑ No
                                                                   ☐ Yes

---

**3.31**   Nonpriority creditor's name and mailing address         As of the petition filing date, the claim is:                **$37,440.00**
*Check all that apply.*

**COSS Systems Corporation**                                       ☐ Contingent

**26 Arcadia Road, Suite 5**                                       ☐ Unliquidated
                                                                   ☐ Disputed

                                                                   **Basis for the claim:**

**Old Greenwich**                  **CT**    **06870**             **Software/ Information Technology**

Date or dates debt was incurred    **2/1/2016**                    Is the claim subject to offset?

Last 4 digits of account number    **E    M    0    1**            ☑ No
                                                                   ☐ Yes

---

**3.32**   Nonpriority creditor's name and mailing address         As of the petition filing date, the claim is:                **$640.00**
*Check all that apply.*

**Crane Masters Inc.**                                             ☐ Contingent

**P. O. Box 1147**                                                 ☐ Unliquidated
                                                                   ☐ Disputed
**Splendora,, TX 77372**

                                                                   **Basis for the claim:**

                                                                   **Services**

Date or dates debt was incurred    **7/19/2016**                   Is the claim subject to offset?

Last 4 digits of account number    **A    N    0    1**            ☑ No
                                                                   ☐ Yes

---

Debtor   **Brougher, Inc**                                    Case number (if known)   **16-35575**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$441.93** |
|---|---|---|---|

**Culligan**

**3201 Premier Dr, Ste #300**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Irving**                    TX        75063-2658

Basis for the claim:   **Services**

Date or dates debt was incurred   **5/25/2016**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **N   0   0   1**

---

| **3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,675.24** |
|---|---|---|---|

**Culligan**

**3201 Premier Dr. Suite 300**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Irving**                    TX        75063

Basis for the claim:   **Services**

Date or dates debt was incurred   **5/25/2016**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **0   2   9   0**

---

| **3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,288.83** |
|---|---|---|---|

**Cutting Tools, Inc.**

**P.O. Box 41109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                  TX        77241-1109

Basis for the claim:   **Parts**

Date or dates debt was incurred   **8/1/2016**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **T   0   0   1**

---

| **3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,638.75** |
|---|---|---|---|

**D & P Technologies, Inc.**

**1001 1/2 West 34th Street**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                  TX        77018

Basis for the claim:   **Services**

Date or dates debt was incurred   **9/21/2016**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **E   0   0   1**

---

Debtor   **Brougher, Inc**                                         Case number (if known)   **16-35575**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                                            **Amount of claim**

| **3.37** | Nonpriority creditor's name and mailing address | **$2,200.00** |

**D&S Machine Works, Inc.**

**4136 Pinemont Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                    **TX**      **77018**

Basis for the claim:   **Services**

Date or dates debt was incurred   **7/22/2016**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **E  W  O  R**

---

| **3.38** | Nonpriority creditor's name and mailing address | **$258.58** |

**D.C.G. Machine, Inc**

**1001 Cherokee Trace**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**White Oak**                   **TX**      **75693**

Basis for the claim:   **Services**

Date or dates debt was incurred   **5/20/2016**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **0  0  3  8**

---

| **3.39** | Nonpriority creditor's name and mailing address | **$79.25** |

**Dahill**

**P.O. Box 314**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**San Antonio**                 **TX**      **78292-0314**

Basis for the claim:   **Lease**

Date or dates debt was incurred   **6/30/2016**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **L  0  0  1**

---

| **3.40** | Nonpriority creditor's name and mailing address | **$368.06** |

**DATAWATCH Systems, Inc.**

**P. O. Box 79845**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Baltimore**                   **MD**      **21279-0845**

Basis for the claim:   **Services**

Date or dates debt was incurred   **8/5/2016**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **C  H  0  1**

---

Debtor  **Brougher, Inc**                                    Case number (if known)  **16-35575**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.41 | Nonpriority creditor's name and mailing address |
|---|---|

**Dealers Electrical Supply**

**4433 Airline Drive**

Houston                          TX      77022

Date or dates debt was incurred     7/21/2016

Last 4 digits of account number      L  E  C  T

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Parts**

Is the claim subject to offset?
☑ No
☐ Yes

$64.14

---

| 3.42 | Nonpriority creditor's name and mailing address |
|---|---|

**Delta Refractories, Inc.**

**21557 Provincial Blvd., Suite A**

Katy                             TX      77450

Date or dates debt was incurred     7/29/2016

Last 4 digits of account number      T  0  0  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$7,312.00

---

| 3.43 | Nonpriority creditor's name and mailing address |
|---|---|

**DXP Enterprises, Inc.**

**P.O. Box 201791**

Dallas                           TX      75320-1791

Date or dates debt was incurred     7/25/2016

Last 4 digits of account number      E  0  0  1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$3,201.36

---

| 3.44 | Nonpriority creditor's name and mailing address |
|---|---|

**Element**

**P.O.Box 841774**

Dallas                           TX      75284-1774

Date or dates debt was incurred     8/30/2016

Last 4 digits of account number      2  3  2  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$557.00

---

Debtor   **Brougher, Inc**                                    Case number (if known)   **16-35575**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.45**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$2,769.16**

**Ensource Corporation**

**PO Box 691005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                    **TX**      **77269**

Basis for the claim:
**Services**

Date or dates debt was incurred      **8/31/2016**

Is the claim subject to offset?

Last 4 digits of account number      **O   0   0   1**

☑ No
☐ Yes

**3.46**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$159.59**

**FedEx**

**P.O. Box 660481**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                    **TX**      **75266-0481**

Basis for the claim:
**Services**

Date or dates debt was incurred      **8/8/2016**

Is the claim subject to offset?

Last 4 digits of account number      **E   0   0   1**

☑ No
☐ Yes

**3.47**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$3,139.09**

**First Insurance Funding**

**PO Box 7000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Carol Stream**                    **IL**      **60197-7000**

Basis for the claim:
**Insurance**

Date or dates debt was incurred      **10/11/2016**

Is the claim subject to offset?

Last 4 digits of account number      **A   N   C   E**

☑ No
☐ Yes

**3.48**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$9,434.50**

**Franklin Research Associates Corporation**

**11354 Jones Road West**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                    **TX**      **77065**

Basis for the claim:
**Services**

Date or dates debt was incurred      **7/6/2016**

Is the claim subject to offset?

Last 4 digits of account number      **2   1   8   8**

☑ No
☐ Yes

| Debtor | **Brougher, Inc** | Case number (if known) | **16-35575** |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,230.00 |

**Frisa Forjados S.A. DE C.V.**

Check all that apply.

**Valentin G. Rivero No. 127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Col. Los Trevino Sta. Catarina,, N.L. Me**

Basis for the claim:

**Services**

Date or dates debt was incurred    **3/24/2016**

Is the claim subject to offset?

Last 4 digits of account number    **S   A   0   1**

☒ No
☐ Yes

---

| **3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,425.23 |

**G & K Services**

Check all that apply.

**P. O. Box 842385**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Boston**          **MA**    **02284-2385**

Basis for the claim:

**Services**

Date or dates debt was incurred    **4/1/2016**

Is the claim subject to offset?

Last 4 digits of account number    **E   0   0   1**

☒ No
☐ Yes

---

| **3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,200.00 |

**GE-Max**

Check all that apply.

**1001 E. Village Ct.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Pasadena**          **TX**    **77506**

Basis for the claim:

**Services**

Date or dates debt was incurred    **7/22/2016**

Is the claim subject to offset?

Last 4 digits of account number    **3   4   0   8**

☒ No
☐ Yes

---

| **3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,341.00 |

**Gene's Machine, Inc.**

Check all that apply.

**405 Berwick Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Victoria**          **TX**    **77904**

Basis for the claim:

**Services**

Date or dates debt was incurred    **7/12/2016**

Is the claim subject to offset?

Last 4 digits of account number    **0   8   9   7**

☒ No
☐ Yes

---

Debtor   **Brougher, Inc**                                              Case number (if known)   **16-35575**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.53 | Nonpriority creditor's name and mailing address |
|---|---|

**Global Practice Solutions**

**6203 Jadecrest Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$172,000.00**

**Spring**                    **TX**     **77389**

Basis for the claim:
**Services**

Date or dates debt was incurred     **6/30/2016**

Last 4 digits of account number     **T   0   0   1**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address |
|---|---|

**Global Tranz Enterprise, Inc.**

**5415 E High Street, Bldg A9 Suite 460**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,033.86**

**Phoenix**                   **AZ**     **85054**

Basis for the claim:
**Services**

Date or dates debt was incurred     **9/2/2016**

Last 4 digits of account number     **N   Z   0   1**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address |
|---|---|

**Goolsby Testing Inc.**

**P. O. Box 1416**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$22,647.22**

**Humble**                    **TX**     **77347**

Basis for the claim:
**Services**

Date or dates debt was incurred     **7/14/2016**

Last 4 digits of account number     **4   2   1   6**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address |
|---|---|

**Gorman's Uniform Rental, Inc.**

**9021 Katy Freeway**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,441.22**

**Houston**                   **TX**     **77024**

Basis for the claim:
**Services**

Date or dates debt was incurred     **4/19/2016**

Last 4 digits of account number     **N   0   0   1**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **Brougher, Inc**                                    Case number (if known)  **16-35575**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.57 | Nonpriority creditor's name and mailing address |
|---|---|

**Grainger, Inc.**

**Dept 842179947**

**Kansas City**                **MO**        **64141-6267**

Date or dates debt was incurred       **7/19/2016**

Last 4 digits of account number       **I   0   0   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parts**

Is the claim subject to offset?
☑ No
☐ Yes

**$587.90**

---

| 3.58 | Nonpriority creditor's name and mailing address |
|---|---|

**Groves Industrial Supply**

**4814 Solution Center**

**Chicago**                **IL**        **60677-4008**

Date or dates debt was incurred       **7/15/2016**

Last 4 digits of account number       **V   0   0   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parts**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,735.98**

---

| 3.59 | Nonpriority creditor's name and mailing address |
|---|---|

**Heritage-Crystal Clean, LLC**

**13621 Collections Center Drive**

**Chicago**                **IL**        **60693-0136**

Date or dates debt was incurred       **8/23/2016**

Last 4 digits of account number       **0   1   7   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$354.67**

---

| 3.60 | Nonpriority creditor's name and mailing address |
|---|---|

**Hilti, Inc.**

**Dept. 0890**

**Dallas**                **TX**        **75312-0890**

Date or dates debt was incurred       **6/30/2016**

Last 4 digits of account number       **T   0   0   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parts**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,683.44**

Debtor    **Brougher, Inc**                                    Case number (if known)   **16-35575**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.61**    Nonpriority creditor's name and mailing address

**Hocker Incorporated**

**13402 Weiman Rd.**

Houston                          TX      77041-2542

Date or dates debt was incurred      **7/20/2016**

Last 4 digits of account number      **K   0   0   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parts**

Is the claim subject to offset?
☑ No
☐ Yes

**$279.88**

---

**3.62**    Nonpriority creditor's name and mailing address

**Iglesias Machine Shop**

**7545 Breen DR.**

Houston                          TX      77086

Date or dates debt was incurred      **9/2/2016**

Last 4 digits of account number      **1   9   1   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$64,690.00**

---

**3.63**    Nonpriority creditor's name and mailing address

**Innova Integrated Solutions, Inc**

**12111 Brittmoore Park Dr.**

Houston                          TX      77041

Date or dates debt was incurred      **3/22/2016**

Last 4 digits of account number      **O   0   0   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$50,205.00**

---

**3.64**    Nonpriority creditor's name and mailing address

**INNOVATIVE TOOLING & ACCESSORIES INC.**

**13203 EMMETT ROAD**

HOUSTON                          TX      77041

Date or dates debt was incurred      **7/29/2016**

Last 4 digits of account number      **T   O   O   L**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parts**

Is the claim subject to offset?
☑ No
☐ Yes

**$9,901.08**

---

Debtor   **Brougher, Inc**                                    Case number (if known)   **16-35575**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.65 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**$1,542.53**

**INTERDYN  BMI**

**5433 Westheimer Rd. Suite 1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Houston**                        **TX**      **77056**        **Software/ Information Technology**

Date or dates debt was incurred     **9/11/2016**

**Is the claim subject to offset?**

Last 4 digits of account number     **N   0   0   1**

☑ No
☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**$5,863.13**

**Intralinks, Inc.**

**PO Box 392134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Pittsburgh**                    **PA**     **15251-9134**     **Services**

Date or dates debt was incurred     **4/30/2016**

**Is the claim subject to offset?**

Last 4 digits of account number     **S   I   N   C**

☑ No
☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**$162.97**

**Iron Mountain Records Management**

**P.O. BOX 915004**

**Dallas, TX 75391 5004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Services**

Date or dates debt was incurred     **7/31/2016**

**Is the claim subject to offset?**

Last 4 digits of account number     **N   0   0   1**

☑ No
☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**$381,000.00**

**Jerry W. Brougher**

**43 RIVER HOLLOW LN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**HOUSTON**                     **TX**      **77027**         **Loan**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number     ___ ___ ___ ___

☑ No
☐ Yes

---

| Debtor | **Brougher, Inc** | Case number (if known) | **16-35575** |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| **3.69** | Nonpriority creditor's name and mailing address |
|---|---|

**Joseph Unis**

**8117 Preston Rd., Suite 300**

| **Dallas** | **TX** | **75225** |
|---|---|---|

| Date or dates debt was incurred | **9/1/2016** |
|---|---|
| Last 4 digits of account number | **U   N   I   S** |

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$131,500.00**

---

| **3.70** | Nonpriority creditor's name and mailing address |
|---|---|

**Kimball Midwest**

**Dept. L-2780**

| **Columbus** | **OH** | **43260-2780** |
|---|---|---|

| Date or dates debt was incurred | **9/27/2016** |
|---|---|
| Last 4 digits of account number | **B   0   0   1** |

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$297.12**

---

| **3.71** | Nonpriority creditor's name and mailing address |
|---|---|

**KNJ Manufacturing, LLC**

**8550 Fairbanks N Houston Rd.**

| **Houston** | **TX** | **77064** |
|---|---|---|

| Date or dates debt was incurred | **2/16/2016** |
|---|---|
| Last 4 digits of account number | **J   0   0   1** |

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$74,600.00**

---

| **3.72** | Nonpriority creditor's name and mailing address |
|---|---|

**Konecranes**

**P. O. Box 641807**

| **Pittsburgh** | **PA** | **15264-1807** |
|---|---|---|

| Date or dates debt was incurred | **7/19/2016** |
|---|---|
| Last 4 digits of account number | **R   0   0   1** |

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,573.00**

---

Debtor   **Brougher, Inc**                                    Case number (if known)   **16-35575**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.73**   Nonpriority creditor's name and mailing address

**Latrobe Specialty Metals Company**

**P.O. Box 644181**

**Pittsburgh**                     **PA**     **15264-4181**

Date or dates debt was incurred     **7/22/2016**

Last 4 digits of account number     **P   0   0   1**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$44,010.00**

---

**3.74**   Nonpriority creditor's name and mailing address

**Lehigh Specialty Melting Inc.**

**Dept. 781522**

**Detroit**                         **MI**     **48278-1522**

Date or dates debt was incurred     **3/3/2016**

Last 4 digits of account number     **2   1   0   5**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$32,142.24**

---

**3.75**   Nonpriority creditor's name and mailing address

**Lone Star Heat Treating Co. Corp.**

**P.O. Box 15621**

**Houston**                        **TX**     **77220-5621**

Date or dates debt was incurred     **5/26/2016**

Last 4 digits of account number     **1   4   2   1**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,454.52**

---

**3.76**   Nonpriority creditor's name and mailing address

**Loren D. Stark Company, Inc.**

**10750 Rockley Road**

**Houston**                        **TX**     **77099**

Date or dates debt was incurred     **9/23/2016**

Last 4 digits of account number     **E   0   0   2**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,420.00**

---

Debtor  **Brougher, Inc**                                          Case number (if known)  **16-35575**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.77** | Nonpriority creditor's name and mailing address |
|---|---|

**McMillian Metal Services**

**4660 Brittmoore Rd.**

Houston                    TX     77041

Date or dates debt was incurred    10/7/2016

Last 4 digits of account number    E  T  A  L

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,940.00**

---

| **3.78** | Nonpriority creditor's name and mailing address |
|---|---|

**MELTON & MELTON, L.L.P.**

**6002 Rogerdale, Suite 200**

Houston                    TX     77072

Date or dates debt was incurred    3/27/2016

Last 4 digits of account number    N  0  0  1

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Accountant**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$109,611.21**

---

| **3.79** | Nonpriority creditor's name and mailing address |
|---|---|

**Mercedes-Benz Financial**

**P.O. Box 5209**

Carol Stream            IL     60197-5209

Date or dates debt was incurred    9/5/2016

Last 4 digits of account number    C  0  0  1

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Repo Deficiency**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$53,000.00**

---

| **3.80** | Nonpriority creditor's name and mailing address |
|---|---|

**Nationwide Transportation, Inc.**

**1999 W 75th Street, Suite 200**

Woodridge              IL     60517

Date or dates debt was incurred    8/3/2016

Last 4 digits of account number    D  E  0  1

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,600.00**

---

Debtor  **Brougher, Inc**  Case number (if known)  **16-35575**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.81**  Nonpriority creditor's name and mailing address

**Navasota Industrial Supply, LTD**

**P. O. Box 1487, 9527 FM 379**

**Navasota**          **TX**     **77868**

Date or dates debt was incurred     **8/17/2016**

Last 4 digits of account number     **A  0  0  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Parts**

Is the claim subject to offset?
☑ No
☐ Yes

$2,299.41

---

**3.82**  Nonpriority creditor's name and mailing address

**Neal Cannon**

**P.O. Box 70066**

**Houston**          **TX**     **77270-0066**

Date or dates debt was incurred     **6/30/2016**

Last 4 digits of account number     **N  N  O  N**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorney**

Is the claim subject to offset?
☑ No
☐ Yes

$2,394.40

---

**3.83**  Nonpriority creditor's name and mailing address

**NLMK - North America Plate Verona**

**15 Roemer Blvd**

**Farrell**          **PA**     **16121**

Date or dates debt was incurred     **4/15/2016**

Last 4 digits of account number     **R  O  N  A**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Parts**

Is the claim subject to offset?
☑ No
☐ Yes

$33,522.00

---

**3.84**  Nonpriority creditor's name and mailing address

**O'Connor & Associates**

**2200 North Loop West, Suite 20**

**Houston**          **TX**     **77018**

Date or dates debt was incurred     **9/15/2016**

Last 4 digits of account number     **N  0  0  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

$323.91

---

Debtor    **Brougher, Inc**                                      Case number (if known)   **16-35575**

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          Amount of claim

| | | |
|---|---|---|
| **3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$22,062.50** |

Check all that apply.

| | |
|---|---|
| **P&B Testing, Inc.** | ☐ Contingent |
| **P.O. Box 924469** | ☐ Unliquidated |
| | ☐ Disputed |

Basis for the claim:   **Services**

| | |
|---|---|
| **Houston**          **TX**      **77292** | |
| Date or dates debt was incurred   **6/28/2016** | Is the claim subject to offset? |
| Last 4 digits of account number   **1   4   5   4** | ☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$121,266.66** |

Check all that apply.

| | |
|---|---|
| **Paul Hastings  LLP** | ☐ Contingent |
| **Lockbox 4803** | ☐ Unliquidated |
| | ☐ Disputed |

Basis for the claim:   **Attorney**

| | |
|---|---|
| **Los Angeles**          **CA**      **90189-4803** | |
| Date or dates debt was incurred   **1/13/2016** | Is the claim subject to offset? |
| Last 4 digits of account number   **L   0   0   6** | ☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,125.00** |

Check all that apply.

| | |
|---|---|
| **Performance Contracting Group, Inc.** | ☐ Contingent |
| **P. O. Box 872346** | ☐ Unliquidated |
| | ☐ Disputed |

Basis for the claim:   **Services**

| | |
|---|---|
| **Kassas City**          **MO**      **64187** | |
| Date or dates debt was incurred   **8/24/2016** | Is the claim subject to offset? |
| Last 4 digits of account number   **R   0   0   1** | ☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$44,592.30** |

Check all that apply.

| | |
|---|---|
| **PGT Trucking Inc.** | ☐ Contingent |
| **P.O. Box 150167** | ☐ Unliquidated |
| | ☐ Disputed |

Basis for the claim:   **Services**

| | |
|---|---|
| **Ogden**          **UT**      **84415-0290** | |
| Date or dates debt was incurred   **7/20/2016** | Is the claim subject to offset? |
| Last 4 digits of account number   **4   1   2   6** | ☑ No<br>☐ Yes |

Debtor   **Brougher, Inc**                                          Case number (if known)   **16-35575**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

| 3.89 | Nonpriority creditor's name and mailing address |
|---|---|

**Pinch Flatbed, Inc.**

**P O BOX 60473**

| Houston | TX | 77205 |

Date or dates debt was incurred   **8/11/2016**

Last 4 digits of account number   **0   2   8   5**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,050.16**

---

| 3.90 | Nonpriority creditor's name and mailing address |
|---|---|

**Pinch Trucking**

**P O BOX 60473**

| Houston | TX | 77205 |

Date or dates debt was incurred   **7/21/2016**

Last 4 digits of account number   **I   N   C   H**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,833.69**

---

| 3.91 | Nonpriority creditor's name and mailing address |
|---|---|

**PRAXAIR Distribution Inc**

**P.O. Box 120812 Dept 0812**

| Dallas | TX | 75312-0812 |

Date or dates debt was incurred   **7/27/2016**

Last 4 digits of account number   **X   A   I   R**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,722.17**

---

| 3.92 | Nonpriority creditor's name and mailing address |
|---|---|

**Precision Forging Dies Inc.**

**10710 Sessler St.**

| South Gate | CA | 90280 |

Date or dates debt was incurred   **8/29/2016**

Last 4 digits of account number   **5   4   8   9**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Parts**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,400.00**

---

Debtor __Brougher, Inc__                                    Case number (if known) __16-35575__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.93 | Nonpriority creditor's name and mailing address |

**Professional Welding Supply, Inc.**

**3000 Brittmoore.Road, Bldg. B**

Houston                          TX      77043

Date or dates debt was incurred        __9/15/2016__

Last 4 digits of account number        __N   G   0   1__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Parts__

Is the claim subject to offset?
☑ No
☐ Yes

**$24.90**

---

| 3.94 | Nonpriority creditor's name and mailing address |

**Ranger Lift Trucks**

**2100 INTERSTATE 10**

BAYTOWN                          TX      77521

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
*

Is the claim subject to offset?
☑ No
☐ Yes

**$12,000.00**

---

| 3.95 | Nonpriority creditor's name and mailing address |

**Reliant Business Products, Inc.**

**10641 Haddington Dr.; #100**

Houston                          TX      77043

Date or dates debt was incurred        __6/21/2016__

Last 4 digits of account number        __S   0   0   1__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Services__

Is the claim subject to offset?
☑ No
☐ Yes

**$10.56**

---

| 3.96 | Nonpriority creditor's name and mailing address |

**Rothe Enterprises, Inc.**

**P.O. Box 200443**

San Antonio                      TX      78220

Date or dates debt was incurred        __7/22/2016__

Last 4 digits of account number        __E   0   0   1__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Services__

Is the claim subject to offset?
☑ No
☐ Yes

**$134.50**

---

Debtor   **Brougher, Inc**                                   Case number (if known)  **16-35575**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.97**  Nonpriority creditor's name and mailing address

**Saia Motor Freight Line**

**P.O. Box 730532**

**Dallas**                    **TX**      **75373-0532**

| Date or dates debt was incurred | **8/15/2016** |
|---|---|
| Last 4 digits of account number | **0   5   9   3** |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$544.46**

---

**3.98**  Nonpriority creditor's name and mailing address

**SFI-Gray Steel, Ltd.**

**3511 W. 12th Street**

**Houston**                    **TX**      **77008**

| Date or dates debt was incurred | **9/16/2016** |
|---|---|
| Last 4 digits of account number | **G   0   0   1** |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,768.00**

---

**3.99**  Nonpriority creditor's name and mailing address

**Specialty Supply Services**

**14903 Windlea Ln**

**Houston**                    **TX**      **77040**

| Date or dates debt was incurred | **9/9/2016** |
|---|---|
| Last 4 digits of account number | **2   9   7   2** |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parts**

Is the claim subject to offset?
☑ No
☐ Yes

**$195.00**

---

**3.100**  Nonpriority creditor's name and mailing address

**State Industrial Products**

**5915 Landerbrook Drive, Suite 300**

**Mayfield,, OH 44124**

| Date or dates debt was incurred | **6/14/2016** |
|---|---|
| Last 4 digits of account number | **T   0   0   1** |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parts**

Is the claim subject to offset?
☑ No
☐ Yes

**$424.20**

---

Debtor   **Brougher, Inc**                                    Case number (if known)   **16-35575**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.101**   Nonpriority creditor's name and mailing address

**Sun Coast Resources, Inc.**

**P.O. Box 202603**

**Dallas**                    **TX**      **75320**

Date or dates debt was incurred   **8/30/2016**

Last 4 digits of account number   **C  0  0  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Parts**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,669.96**

---

**3.102**   Nonpriority creditor's name and mailing address

**Surface Preparation-Texas, LLC**

**5973 South Loop East**

**Houston**                    **TX**      **77033**

Date or dates debt was incurred   **8/1/2016**

Last 4 digits of account number   **F  0  0  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,180.00**

---

**3.103**   Nonpriority creditor's name and mailing address

**Sytek Electric Corp.**

**1233 West 34th Street**

**Houston**                    **TX**      **77018**

Date or dates debt was incurred   **5/2/2016**

Last 4 digits of account number   **E  0  0  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$15,353.00**

---

**3.104**   Nonpriority creditor's name and mailing address

**Texas Commission on Environmental Qu..**

**PO Box 13088**

**Austin, TX 787113088**

Date or dates debt was incurred   **9/30/2016**

Last 4 digits of account number   **A  0  0  5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$73.22**

---

Debtor  **Brougher, Inc**                                    Case number (if known)  **16-35575**

| Part 2: | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.105 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Texas Electrial Machinery Co.**

**5517 Dorbrandt**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,983.00**

**Houston**                    **TX    77023**

Basis for the claim:
**Services**

Date or dates debt was incurred     **8/4/2016**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     **T   0   0   1**

---

| 3.106 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Texas Honing Inc.**

**PO Box 204192**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,311.24**

**Dallas**                     **TX    75320-4192**

Basis for the claim:
**Services**

Date or dates debt was incurred     **8/24/2016**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     **1   6   8   1**

---

| 3.107 | Nonpriority creditor's name and mailing address |
| --- | --- |

**TNN Manufacturing Co., Inc.**

**8330 West Little York**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$382,084.00**

**Houston**                    **TX    77040**

Basis for the claim:
**Services**

Date or dates debt was incurred     **4/28/2016**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     **2   0   9   6**

---

| 3.108 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Tranter Inc.**

**Dept 3275**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,620.00**

**Dallas**                     **TX    75312-3275**

Basis for the claim:
**Services**

Date or dates debt was incurred     **7/29/2016**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     **N   0   0   2**

Debtor  **Brougher, Inc**    Case number (if known)  **16-35575**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.109 | Nonpriority creditor's name and mailing address |

**TRCW LLC**

**503 Avenue H**

**Rosenberg**                          TX      77471

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Date or dates debt was incurred    **5/3/2016**

Last 4 digits of account number    **W  L  L  C**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$17,250.00**

| 3.110 | Nonpriority creditor's name and mailing address |

**Turn Key Machine, LLC**

**P.O. Box 484**

**Porter**                          TX      77365

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services**

Date or dates debt was incurred    **6/29/2016**

Last 4 digits of account number    **2  2  0  1**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$49,380.00**

| 3.111 | Nonpriority creditor's name and mailing address |

**UniPoint Software, Inc.**

**1425 Whyte Avenue, Suite 200**

**Winnipeg, MB R3E 1V7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Software/ Information Technology**

Date or dates debt was incurred    **10/1/2016**

Last 4 digits of account number    **T  0  0  1**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,400.00**

| 3.112 | Nonpriority creditor's name and mailing address |

**Universal Stainless & Alloy Products, In**

**P.O. Box 640595**

**Pittsburgh**                          PA      15264-0595

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Parts**

Date or dates debt was incurred    **3/18/2016**

Last 4 digits of account number    **3  0  4  5**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$167,486.95**

Debtor  **Brougher, Inc**                                    Case number (if known)  **16-35575**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.113**  Nonpriority creditor's name and mailing address

**Valbruna Slater Stainless, Inc.**

**P.O.Box 83186**

**Chicago**                    **IL**      **60691-0186**

Date or dates debt was incurred    **3/1/2016**

Last 4 digits of account number    **4   0   4   9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parts**

Is the claim subject to offset?
☑ No
☐ Yes

**$31,768.20**

---

**3.114**  Nonpriority creditor's name and mailing address

**Vince Delivery Service, Inc.**

**1639 Gault Rd.**

**Houston**                    **TX**      **77039**

Date or dates debt was incurred    **7/21/2016**

Last 4 digits of account number    **2   1   1   9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$30,325.00**

---

**3.115**  Nonpriority creditor's name and mailing address

**Vinson Corrosion Control Service**

**6720 Satsuma Drive**

**Houston**                    **TX**      **77041**

Date or dates debt was incurred    **8/26/2016**

Last 4 digits of account number    **S   0   0   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$505.20**

---

**3.116**  Nonpriority creditor's name and mailing address

**Wade Brougher**

**4747 W ALABAMA**

**HOUSTON**                    **TX**      **77027**

Date or dates debt was incurred    **8/25/2016**

Last 4 digits of account number    **E   0   0   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$307,000.00**

---

Debtor   **Brougher, Inc**                                    Case number (if known)   **16-35575**

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.117 | Nonpriority creditor's name and mailing address |
|---|---|

**Wepuko Pahnke Engineering, LP**

**P.O. Box 2120**

**Springfield**                        **OH**      **45501**

Date or dates debt was incurred      **7/20/2016**

Last 4 digits of account number      **U   0   0   1**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

$126.56

---

| 3.118 | Nonpriority creditor's name and mailing address |
|---|---|

**Wilson Fire Equipment**

**7303 Empire Central Drive**

**Houston**                          **TX**      **77040**

Date or dates debt was incurred      **8/15/2016**

Last 4 digits of account number      **S   0   0   1**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,698.00

---

| 3.119 | Nonpriority creditor's name and mailing address |
|---|---|

**Winter Compressor Service**

**17215 Cheyenne**

**Baytown**                          **TX**      **77523**

Date or dates debt was incurred      **5/24/2016**

Last 4 digits of account number      **M   P   0   1**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

$2,565.50

---

| 3.120 | Nonpriority creditor's name and mailing address |
|---|---|

**XPO Logistics**

**P.O. Box 5160**

**Portland**                         **OR**      **97208-5160**

Date or dates debt was incurred      **5/10/2016**

Last 4 digits of account number      **O   0   0   1**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

$2,161.78

---

Debtor   **Brougher, Inc**                                    Case number (if known)   **16-35575**

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be
     listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

     If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
     are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1**   **ATTORNEY GENERAL**
       **TAX DIV. - BANKRUPTCY**
       **POB 12548**

       **AUSTIN**          **TX**     **78711**

Line _____

☑ Not listed.  Explain:
   **Notice Only**

___ ___ ___ ___

**4.2**   **Attorney General**
       **Department of Justice**
       **10th and Constitution Ave N.W.**
       **Rm. 400**
       **Washington**       **DC**     **20530**

Line _____

☑ Not listed.  Explain:
   **Notice Only**

___ ___ ___ ___

**4.3**   **Harris County**
       **c/o John Dillman**
       **PO Box3064**

       **Houston**          **TX**     **77253-3064**

Line _____

☑ Not listed.  Explain:
   **TAXES**

___ ___ ___ ___

**4.4**   **HARRIS COUNTY/CITY OF HOUSTON**
       **C/O BANKRUPTCY DEPT**
       **PO BOX 3064**

       **HOUSTON**          **TX**     **77253-3064**

Line _____

☑ Not listed.  Explain:
   **Taxes**

___ ___ ___ ___

**4.5**   **Internal Revenue Service**
       **STOP 6692 AUSC**

       **Austin**           **TX**     **73301-0030**

Line _____

☑ Not listed.  Explain:
   **Taxes**

___ ___ ___ ___

**4.6**   **Internal Revenue Service**
       **Insolvency Department**
       **PO Box 7346**

       **Philadelphia**     **PA**     **19101-7346**

Line _____

☑ Not listed.  Explain:
   **Taxes**

___ ___ ___ ___

Debtor  **Brougher, Inc**                                    Case number (if known)  **16-35575**

## Part 3:   Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.7**   **Internal Revenue Service**

**1919 Smith St.**

**Stop 5024 HOU**

**Houston            TX     77002**

Line _____

☑ Not listed.  Explain:
**Taxes**

___ ___ ___ ___

**4.8**   **IRS**

**8701 S. GESSNER**

**HOUSTON            TX     77074**

Line _____

☑ Not listed.  Explain:
**TAXES**

___ ___ ___ ___

**4.9**   **SECURITIES AND EXCHANGE**

**COMMISSION**

**450 FIFTH STREET NW**

**WASHINGTON            DC     20549**

Line _____

☑ Not listed.  Explain:
**NOTICE ONLY**

___ ___ ___ ___

**4.10**   **TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**

**111 E. 17TH STREET**

**AUSTIN, TX 78774-0100**

**Attn:  Bankruptcy Dept**

Line _____

☑ Not listed.  Explain:
**Taxes**

___ ___ ___ ___

**4.11**   **Texas Workforce Commission**

**PO Box 149037**

**Austin            TX     78714-9037**

Line _____

☑ Not listed.  Explain:
**Taxes**

___ ___ ___ ___

**4.12**   **UNITED STATES TRUSTEE**

**515 Rusk Avenue, Ste. 3516**

**Houston            TX     77002**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

**4.13**   **Waller County Tax Office**

**730 9th Street**

**Hempstead            TX     77445**

Line _____

☑ Not listed.  Explain:
**Taxes**

___ ___ ___ ___

Debtor  **Brougher, Inc**                                                    Case number (if known)   **16-35575**

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. **Total claims from Part 2** | 5b. **+** | **$4,134,788.40** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$4,134,788.40** |

**Fill in this information to identify the case:**

Debtor name   **Brougher, Inc**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number  **16-35575**      Chapter  **11**
(if known)

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

    ☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.   **List all contracts and unexpired leases**

    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Lease for land at 8881 Hempstead Rd**<br>**Contract to be ASSUMED** | **Blake Partners**<br>**8881 Hempstead Road**<br>**Houston, TX 770008** |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **2 Caterpiller Forklifts**<br>**Contract to be REJECTED** | **DE LAGE LANDEN Financial Services, INC**<br>**1111 Old Eagle School Road** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Wayne**    **PA**    **19087** |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | **Computer Equipment**<br>**Contract to be ASSUMED** | **Dell Financial Services**<br>**P. O. Box 5292** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Carol Stream**    **IL**    **60197-5292** |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month**<br>**Contract to be ASSUMED** | **Great Value Storage**<br>**10640 Hempstead Rd** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Houston**    **TX**    **77092** |

Debtor    **Brougher, Inc**                                                  Case number (if known)    **16-35575**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | **Ricoh Imaging equipment, copies and printers- See Exhibit C Contract to be ASSUMED** | **Ricoh USA , Inc.** |
| | | | **PO BOX 41602** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Philadelphia**          **PA**        **19101-1602** |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | **Hone Machine Contract to be ASSUMED** | **Third Coast Bank SSB** |
| | | | **P. O. Box 3871** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Humble**               **TX**        **77347** |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | **All assets whether now owned/acquired, all products. Contract to be ASSUMED** | **Triumph - TBK Bank, SSB** |
| | | | **3 Park Central, Suite 1700** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dallas**               **TX**        **75251** |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | **Xerox Imaging equipment, copiers and printers Contract to be ASSUMED** | **U. S. Bank Equipment Finance** |
| | | | **P.O. Box 790448** |
| | | | **ST. Louis, MO 63179-0448** |
| | State the term remaining | | **1199573** |
| | List the contract number of any government contract | | |



Quote 837330

# ORDER AGREEMENT
### RICOH BUSINESS SOLUTIONS

25153456

| DATE 9/26/2011 | TYPE OF SALE FMV |
|---|---|

**AGREEMENT CONSISTS OF THIS PAGE AND THE TERMS AND CONDITIONS ATTACHED**

## SHIP TO

| Salesrep Name and Number  Shelly Avery 22020794 | |
|---|---|
| Install Branch Number 766  Houston | Install Branch Name 766  Houston |
| Account Number | |
| Customer Name  Brougher Inc | |
| Address Line1  8881 Hempstead Rd | |
| Address Line2 | |
| City  Houston | |
| County  Harris | ST/ZIP  TX / 77008 |
| Contact  Dena Bowen | |
| Phone/Fax  (713) 869-7577 / | |
| email  dbowen@forgeusa.com | |

## BILL TO

| Salesrep Name and Number  Shelly Avery 22020794 | |
|---|---|
| Order Taking Branch Number 766  Houston | Order Taking Branch Name 766  Houston |
| Account Number | |
| Customer Name  Brougher Inc. | |
| Address Line1  8881 Hempstead Rd | |
| Address Line2 | |
| City  Houston | |
| County  Harris | ST/ZIP  TX / 77008 |
| Contact | |
| Phone/Fax  (713) 869-7577 / | |
| email | |

## BILLING INFORMATION

| Lease Approval # | Party # | NATL/GSA Contract # COMMERCIAL | Tax Exempt # | | |
|---|---|---|---|---|---|
| Billing Method Arrears | | Bill Start Date | PO # | PO Limit $0 00 | PO Expire Date |

## SERVICE INFORMATION

| Meter Collection Method @ Remote | Service Location 766  Houston | Service Term 36 | Service Zone 1 |
|---|---|---|---|
| Meter Frequency Quarterly | Bill Frequency Monthly | Lease Service Included in lease | Monthly Minimum Meter 0 |

| Product ID | Description | Quantity |
|---|---|---|
| 415402 | MP C4501 | 4 |
| 415455 | Paper Feed Unit PB3100 | 4 |
| 412730 | SR790 1 000 Sheet Finisher | 4 |
| 9908851 | BC Print Connectivity | 4 |
| 414175 | Bridge Unit BU3030 | 4 |
| 415489 | Fax Option Type C5501 | 4 |
| SVC SILVER | Labor Parts Black Toner Color Toner  Toner Included  Inclusive BLACK AND WHITE COPY CHARGE OF $0 007 IN EXCESS OF 150 000 PER QUARTER COLOR COPY CHARGE OF $0 059 IN EXCESS OF 0 0 PER QUARTER | 4 |
| 415179 | MP C300SR ~ (Mainframe SN S7314900356) | 1 |
| 415122 | Paper Feed Unit PB1010 ~ (Mainframe SN S7314900356) | 1 |
| 415752 | FAC50 Cabinet ~ (Mainframe SN S7314900356) | 1 |
| 9908851 | BC Print Connectivity ~ (Mainframe SN S7314900356) | 1 |
| 415126 | Fax Option Type C400 ~ (Mainframe SN S7314900356) | 1 |
| SVC-SILVER | Labor Parts, Black Toner Color Toner  Toner Included  Inclusive Included Above | 1 |
| 415179 | MP C300SR | 2 |
| 415122 | Paper Feed Unit PB1010 | 2 |
| 415752 | FAC50 Cabinet | 2 |
| 9908851 | BC Print Connectivity | 2 |
| 415126 | Fax Option Type C400 | 2 |
| SVC SILVER | Labor Parts Black Toner Color Toner  Toner Included  Inclusive Included Above | 2 |
| 415179 | MP C300SR | 2 |

1 | Customer Copy                                    Rev  09/10

# EXHIBIT C



Quote 837330

# ORDER AGREEMENT
### RICOH BUSINESS SOLUTIONS

| | | |
|---|---|---|
| 415123 | Paper Feed Unit PB1000 | 2 |
| 415752 | FAC50 Cabinet | 2 |
| 9908851 | BC Print Connectivity | 2 |
| SVC SILVER | Labor Parts  Black Toner  Color Toner   Toner Included  Inclusive Included Above | 2 |
| 406632 | Aficio SP 4210N | 25 |
| 402808 | Duplex Unit Type 1000 | 25 |
| SVC BRONZE | Labor  Parts  Black Toner   Toner Included  BLACK AND WHITE COPY CHARGE OF $0 0095 IN EXCESS OF 0 0 PER QUARTER  COLOR COPY CHARGE OF $0 0 IN EXCESS OF 0 0 PER QUARTER | 25 |
| 406480 | Ricoh Aficio SP 3410SF | 5 |
| SVC BRONZE | Labor  Parts  Black Toner   Toner Included  BLACK AND WHITE COPY CHARGE OF $0 0095 IN EXCESS OF 0 0 PER QUARTER  COLOR COPY CHARGE OF $0 0 IN EXCESS OF 0 0 PER QUARTER | 5 |
| 406443 | Ricoh Aficio SP C232SF | 1 |
| SVC SILVER | Labor  Parts, Black Toner  Color Toner   Toner Included  Inclusive  BLACK AND WHITE COPY CHARGE OF $0 0095 IN EXCESS OF 0 0 PER QUARTER  COLOR COPY CHARGE OF $0 1050 IN EXCESS OF 0 0 PER QUARTER | 1 |
| 415135 | AtRemote Communication Gate A | 1 |
| SHIPPING & HANDLING | Shipping/Handling | 1 |
| ZBA Program | | 1 |
| Non MFP Rescue Fund | | 1 |

| Message  Promos Used - ZBA Program & Non MFP Rescue Funds  Trial Unit Conversion to Sale MP C300SR -- SN S7314900356  (DON T DELIVER) | | Sales Sub Total  $0 00 | Service Sub Total  $0 00 |
|---|---|---|---|
| Sub Total  $0 00 | Taxes  $0 00 | Order Total  $0 00 | Less Down Payment  $0 00 | Amount Due  $0 00 |

If no amount of taxes is shown above, applicable tax amounts will be determined and reflected on each invoice. In addition, any taxes shown above are estimated. Actual tax amount(s) which may differ from the amounts stated above, will be determined and reflected on the invoice.

# EXHIBIT C

**Fill in this information to identify the case:**

Debtor name **Brougher, Inc**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **16-35575**
(if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors                                                                      12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 **Wade Brougher** | **8881 Hempstead Rd**<br>Number       Street<br><br>**Houston**          **TX**   **77008**<br>City                      State   ZIP Code | **Third Coast Bank SSB** | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 **Wade Brougher** | **8881 Hempstead Rd**<br>Number       Street<br><br>**Houston**          **TX**   **77008**<br>City                      State   ZIP Code | **Third Coast Bank SSB** | ☐ D<br>☐ E/F<br>☑ G |
| 2.3 **Wade Brougher** | **8881 Hempstead Rd**<br>Number       Street<br><br>**Houston**          **TX**   **77008**<br>City                      State   ZIP Code | **Triumph - TBK Bank, SSB** | ☐ D<br>☐ E/F<br>☑ G |
| 2.4 **Wade Brougher** | **8881 Hempstead Rd**<br>Number       Street<br><br>**Houston**          **TX**   **77008**<br>City                      State   ZIP Code | **Mercedes-Benz Financial** | ☐ D<br>☑ E/F<br>☐ G |

Debtor     **Brougher, Inc**                                    Case number (if known)   **16-35575**

| Additional Page if Debtor Has More Codebtors |
|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | Column 2:  **Creditor** |
|---|---|

**Name**

**Mailing address**

**Name**

*Check all schedules that apply:*

**2.5**   **Wade Brougher**     **8881 Hempstead Rd**

Number          Street

**Triumph - TBK Bank, SSB**

☑ D
☐ E/F
☐ G

**Houston**              **TX**   **77008**

City                     State   ZIP Code

**Fill in this information to identify the case:**

Debtor Name **Brougher, Inc**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **16-35575**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:    Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B................................................................. | **$0.00** |

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B.............................................................. | **$7,736,700.95** |

    1c. **Total of all property:**
    Copy line 92 from Schedule A/B................................................................ | **$7,736,700.95** |

### Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.............. | **$8,316,860.88** |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F........................................... | **$0.00** |

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F......................... | **+ $4,134,788.40** |

4. **Total liabilities**
    Lines 2 + 3a + 3b................................................................................................... | **$12,451,649.28** |

**Fill in this information to identify the case and this filing:**

Debtor Name      **Brougher, Inc**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number      **16-35575**
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/23/2016**            X **/s/ Wade Brougher**
       MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                **Wade Brougher**
                                Printed name

                                **President**
                                Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Brougher, Inc**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) **16-35575**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1.  Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

**Sources of revenue**
Check all that apply.

**Gross revenue**
(before deductions and exclusions

| | | | | | Sources of revenue | Gross revenue |
|---|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | **01/01/2016**<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$8,468,837.00** |
| **For prior year:** | From | **01/01/2015**<br>MM / DD / YYYY | to | **12/31/2015**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$28,599,846.00** |
| **For the year before that:** | From | **01/01/2014**<br>MM / DD / YYYY | to | **12/31/2014**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$53,437,562.00** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See Exhibit D**<br>Creditor's name<br><br>Street<br><br><br>City                State    ZIP Code | | **$1,351,201.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| Vendor Check Name | Document Date | Document Number | Document Amount |
|---|---|---|---|
| Global Practice Solutions | 10/31/2016 | CASHIER'S CHECK | $ 20,000.00 |
| John Deveau | 8/29/2016 | EFT000000000211 | $ 10,000.00 |
| A & M Technical Services, Inc. | 8/24/2016 | 0000000382 | $ 2,754.70 |
| A & M Technical Services, Inc. | 8/5/2016 | 0000000363 | $ 2,170.00 |
| A & M Technical Services, Inc. | 9/13/2016 | 0000000440 | $ 1,725.00 |
| A & M Technical Services, Inc. | 8/10/2016 | 0000000370 | $ 1,395.00 |
| A. Finkl & Sons | 9/13/2016 | EFT000000000218 | $ 199,083.60 |
| A. Finkl & Sons | 8/17/2016 | EFT000000000186 | $ 42,943.00 |
| A. Finkl & Sons | 8/11/2016 | EFT000000000185 | $ 28,489.40 |
| Blake Partners | 8/25/2016 | 0000000431 | $ 30,000.00 |
| Blake Partners | 8/10/2016 | 0000000371 | $ 25,000.00 |
| Blake Partners | 10/31/2016 | CASHIER | $ 60,000.00 |
| Direct Energy Business | 8/5/2016 | 0000000365 | $ 28,736.11 |
| Direct Energy Business | 8/26/2016 | 0000000433 | $ 15,202.01 |
| Direct Energy Business | 8/5/2016 | 0000000364 | $ 5,932.26 |
| DXP Enterprises, Inc. | 9/13/2016 | EFT000000000220 | $ 7,512.50 |
| DXP Enterprises, Inc. | 8/24/2016 | EFT000000000194 | $ 3,636.23 |
| Edward Ramos DBA Service Drilling Solutions | 9/13/2016 | EFT000000000225 | $ 8,742.50 |
| Franklin Research Associates | 9/13/2016 | EFT000000000226 | $ 5,880.00 |
| Franklin Research Associates | 8/10/2016 | EFT000000000183 | $ 3,678.00 |
| Franklin Research Associates | 8/26/2016 | EFT000000000205 | $ 2,310.00 |
| Franklin Research Associates | 8/24/2016 | EFT000000000195 | $ 1,825.50 |
| Global Practice Solutions | 8/26/2016 | EFT000000000206 | $ 20,000.00 |
| Global Practice Solutions | 9/13/2016 | EFT000000000228 | $ 10,000.00 |
| Global Practice Solutions | 10/13/2016 | EFT000000000244 | $ 10,000.00 |
| Goolsby Testing Inc. | 9/13/2016 | EFT000000000229 | $ 4,900.25 |
| Goolsby Testing Inc. | 8/24/2016 | EFT000000000197 | $ 2,876.75 |
| Goolsby Testing Inc. | 8/5/2016 | EFT000000000180 | $ 2,676.02 |
| Goolsby Testing Inc. | 8/10/2016 | EFT000000000184 | $ 1,979.75 |
| Iglesias Machine Shop | 10/10/2016 | 0000000517 | $ 33,733.49 |
| Iglesias Machine Shop | 8/23/2016 | 0000000381 | $ 30,000.00 |
| Iglesias Machine Shop | 9/13/2016 | 0000000455 | $ 28,346.00 |
| Iglesias Machine Shop | 10/24/2016 | 0000000021 | $ 14,345.00 |

# EXHIBIT D

| | | | | |
|---|---|---|---|---|
| Iglesias Machine Shop | 8/5/2016 | 0000000366 | $ | 9,990.00 |
| Iglesias Machine Shop | 10/24/2016 | 0000000022 | $ | 8,240.00 |
| Iglesias Machine Shop | 8/10/2016 | 0000000375 | $ | 6,204.20 |
| Iglesias Machine Shop | 8/26/2016 | 0000000435 | $ | 6,006.00 |
| John Deveau | 8/26/2016 | EFT000000000207 | $ | 20,000.00 |
| John Deveau | 9/13/2016 | EFT000000000232 | $ | 10,000.00 |
| John Deveau | 10/13/2016 | EFT000000000243 | $ | 10,000.00 |
| KNJ Manufacturing, LLC | 8/5/2016 | 0000000367 | $ | 13,050.00 |
| KNJ Manufacturing, LLC | 8/25/2016 | 0000000427 | $ | 8,737.50 |
| Lone Star Heat Treating | 9/13/2016 | 0000000458 | $ | 23,075.63 |
| Luminant Energy Company LLC | 9/9/2016 | EFT000000000217 | $ | 44,592.44 |
| Luminant Energy Company LLC | 8/5/2016 | EFT000000000182 | $ | 33,415.75 |
| Petrotrim Services LLC | 8/31/2016 | EFT000000000214 | $ | 70,500.00 |
| PGT Trucking Inc. | 8/5/2016 | EFT000000000181 | $ | 12,249.07 |
| PGT Trucking Inc. | 8/24/2016 | EFT000000000199 | $ | 9,049.50 |
| PGT Trucking Inc. | 9/13/2016 | EFT000000000234 | $ | 5,668.21 |
| PGT Trucking Inc. | 8/26/2016 | EFT000000000209 | $ | 2,912.02 |
| Republic Steel | 9/2/2016 | EFT000000000215 | $ | 73,610.55 |
| Silvia G Ramos Janitorial Services | 8/26/2016 | EFT000000000210 | $ | 8,437.50 |
| Six Pines Capital LLC | 8/26/2016 | 0000000436 | $ | 6,000.00 |
| Six Pines Capital LLC | 8/10/2016 | 0000000376 | $ | 3,000.00 |
| Third Coast Bank SSB | 8/25/2016 | 0000000430 | $ | 9,089.76 |
| TNN Manufacturing Co., Inc. | 8/5/2016 | 0000000368 | $ | 7,830.00 |
| TNN Manufacturing Co., Inc. | 8/10/2016 | 0000000377 | $ | 4,550.00 |
| TNN Manufacturing Co., Inc. | 8/26/2016 | 0000000437 | $ | 3,820.00 |
| TNN Manufacturing Co., Inc. | 8/24/2016 | 0000000422 | $ | 2,400.00 |
| Turn Key Machine, LLC | 10/31/2016 | 0000000098 | $ | 14,500.00 |
| Turn Key Machine, LLC | 10/31/2016 | 0000000097 | $ | 12,700.00 |
| Union Electric Steel Corporation | 10/10/2016 | EFT000000000242 | $ | 117,500.00 |
| Union Electric Steel Corporation | 8/29/2016 | EFT000000000213 | $ | 70,500.00 |
| Union Electric Steel Corporation | 9/14/2016 | EFT000000000235 | $ | 47,000.00 |
| Vince Delivery Service | 9/13/2016 | 0000000470 | $ | 6,150.00 |
| Vince Delivery Service | 10/28/2016 | 0000000092 | $ | 2,400.00 |
| Vince Delivery Service | 8/10/2016 | 0000000378 | $ | 900.00 |

# EXHIBIT D

| | | | | |
|---|---|---|---|---|
| Vince Delivery Service | 8/24/2016 | 0000000424 | $ | 650.00 |
| Vince Delivery Service | 10/25/2016 | 0000000024 | $ | 600.00 |

1,351,201.20

EXHIBIT D

Debtor   **Brougher, Inc**                                            Case number (if known)   **16-35575**

Name

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☐ None

| | Creditor's name and address | | | Description of the property | Date | Value of property |
|---|---|---|---|---|---|---|
| 5.1. | **Mercedes-Benz Financial** | | | **2015 Mercedes- Benz 565V** | **8/12/2016** | **$184,314.81** |
| | Creditor's name | | | **VIN # WDDUG7KB0FA093129** | | |
| | **P.O. Box 5209** | | | | | |
| | Street | | | | | |
| | | | | | | |
| | **Carol Stream** | **IL** | **60197-5209** | | | |
| | City | State | ZIP Code | | | |

| | Creditor's name and address | | | Description of the property | Date | Value of property |
|---|---|---|---|---|---|---|
| 5.2. | **Culligan** | | | **Water Coolers** | **10/17/2016** | **$2,088.01** |
| | Creditor's name | | | | | |
| | **3201 Premier Dr. Suite 300** | | | | | |
| | Street | | | | | |
| | **STE 1100** | | | | | |
| | | | | | | |
| | **Irving** | **TX** | **75063** | | | |
| | City | State | ZIP Code | | | |

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | | | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|---|
| **TBK Bank, SSB** | | | **Cash** | **10/16** | **$157,000.00** |
| Creditor's name | | | | | |
| **3 Park Central, Suite 1700** | | | | | |
| Street | | | | | |
| | | | | | |
| **Dallas** | **TX** | **75251** | Last 4 digits of account number: XXXX- **8   0   2   8** | | |
| City | State | ZIP Code | | | |

Debtor **Brougher, Inc** _____  Case number (if known) **16-35575** _____
Name

| **Part 3:** | **Legal Actions or Assignments** |

**7.** **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Mark Miller** | **Breach of Contract** | **Harris County Civil Courthouse** | ☑ Pending |
| | | | Name | |
| | | | **201 Caroline** | ☐ On appeal |
| | | | Street | |
| | | | **9th Floor** | ☐ Concluded |
| | **Case number** | | | |
| | **201572804** | | **Houston**       **TX**   **77002** | |
| | | | City               State    ZIP Code | |

**8.** **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **American Heart Association** | **Cash** | **10/2014** | **$5,000.00** |
| | Recipient's name | | | |
| | **7272 Greenville Ave.** | | | |
| | Street | | | |
| | **Dallas**       **TX**   **75231** | | | |
| | City               State   ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | | | | |
| 9.2. | **American Heart Association** | **Cash** | **10/2015** | **$5,000.00** |
| | Recipient's name | | | |
| | **7272 Greenville Ave.** | | | |
| | Street | | | |
| | **Dallas**       **TX**   **75231** | | | |
| | City               State   ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

Debtor    **Brougher, Inc**
_____    Case number (if known)   **16-35575**
Name

## Part 5:    Certain Losses

**10.    All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:    Certain Payments or Transfers

**11.    Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Cooper & Scully, P.C.** | **$25,014.00 attorney fees and $1,717.00 court filing fee** | **10/31/2016** | **$26,731.00** |

**Address**

**815 Walker St., Suite 1040**
Street

**Houston**                **TX**        **77002**
City                         State      ZIP Code

**Email or website address**
**www.cooperscully.com**

**Who made the payment, if not debtor?**

_____

**12.    Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13.    Transfers not already listed on this statement**
List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:    Previous Locations

**14.    Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

Debtor    **Brougher, Inc**                                    Case number (if known)  **16-35575**
_____              _____
          Name

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained  _____

    Does the debtor have a privacy policy about that information?
    ☐ No.
    ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?
        ☐ No. Go to Part 10.
        ☑ Yes. Fill in below:

        **Name of plan**                                    **Employer Identification number of the plan**

        **John Hancock 401K**                               EIN: **7  6 – 0  6  2  0  7  1  8**
        _____

        Has the plan been terminated?
        ☑ No
        ☐ Yes

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **Wells Fargo Bank**<br>Name<br><br>**P.O. Box 6995**<br>Street<br><br><br>**Portland**      **OR**   **97228-6995**<br>City                State   ZIP Code | **XXXX- 9  9  6  7** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other  _____ | **7/31/2016** | **$1,622.85** |

---

Debtor **Brougher, Inc**      Case number (if known) **16-35575**
Name

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Great Value Storage**<br>Name<br><br>**10640 Hempstead Rd**<br>Street<br><br>**Houston**    **TX**   **77092**<br>City     State    ZIP Code | **Wade Brougher**<br>**Jerry Brougher**<br>**Luis Rodriguez**<br><br>**Address** | **Filing cabinets and generators** | ☐ No<br>☑ Yes |

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☐ No
☑ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| *<br><br>**Case number** | Name<br><br>Street<br><br>City     State    ZIP Code | **Filed wrong forms -corrected** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **Brougher, Inc** | Case number (if known) | **16-35575** |
|---|---|---|---|
| | Name | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes.  Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☒ No
☐ Yes.  Provide details below.

---

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| 25.1. | **Brougher, Inc dba Forge USA** | | Do not include Social Security number or ITIN. |
| | Name | | |
| | **8881 Hempstead Rd** | | EIN: **7   6 – 0   6   2   0   7   1   8** |
| | Street | | |
| | | | **Dates business existed** |
| | **Houston            TX     77008** | | From      **7/9/99**   To    **Present** |
| | City                        State    ZIP Code | | |

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☒ None

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | | Dates of service |
|---|---|---|---|
| 26b.1. | **Melton & Melton, LLP** | | From    **12/2009**   To    **Present** |
| | Name | | |
| | **6002 Rogerdale Rd** | | |
| | Street | | |
| | **Suite 200** | | |
| | **Houston            TX     77072** | | |
| | City                        State    ZIP Code | | |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **Melton & Melton** |
| | Name |
| | **6002 Rogerdale Rd** |
| | Street |
| | **Ste. 200** |
| | **Houston            TX     77072** |
| | City                        State    ZIP Code |

Debtor  **Brougher, Inc**
_____     Case number (if known)   **16-35575**  _____
Name

**Name and address**

26d.2.  **Triumph - TBK Bank, SSB**
_____
Name
**3 Park Central, Suite 1700**
_____
Street
_____

**Dallas**                          **TX**      **75251**
City                                State    ZIP Code

**Name and address**

26d.3.  **Wells Fargo Bank**
_____
Name
**420 Montgomery St**
_____
Street
_____

**San Francisco**                   **CA**      **94104**
City                                State    ZIP Code

**Name and address**

26d.4.  **Bank of Wisconsin**
_____
Name
**716 Superior Street**
_____
Street
**PO Box 490**
_____

**Wisconsin Dells**                 **WI**      **53965**
City                                State    ZIP Code

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No.

☑ Yes.  Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|
| **Jay Henry** | **8/18/2015** | **4,250.00 / Equipment Apprai** |

**Name and address of the person who has possession of inventory records**

27.1.  **Dena Bowen**
_____
Name
**8881 Hempstead Rd**
_____
Street
_____

**Houston**                         **TX**      **77008**
City                                State    ZIP Code

Debtor    **Brougher, Inc**                                    Case number (if known)   **16-35575**
                 Name

**Name of the person who supervised the taking of the inventory**         Date of          **The dollar amount and basis**
                                                                          inventory        **(cost, market, or other basis)**
                                                                                           **of each inventory**

**Jay Henry**                                                             **9/21/2015**    **9,050.00 / Equipment Apprai**

**Name and address of the person who has possession of inventory records**

27.2.  **Dena Bowen**
       Name
       **8881 Hempstead Rd**
       Street

       **Houston**                          **TX**      **77008**
       City                                 State       ZIP Code

28.  **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders,**
     **or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Wade Brougher** | **4747 W ALABAMA**<br>**Houston, TX 77027** | **President** | **51%** |
| **Ann Pitman** | **1082 Bentwater Drive**<br>**Montgomery, TX 77356** | **Secretary** | **0%** |

29.  **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners,**
     **members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **John Deveau** | **941 Heights Blvd**<br>**Houston, TX 77008** | **CFO** | From **5/2015** To **9/2016** |

30.  **Payments, distributions, or withdrawals credited or given to insiders**
     Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws,
     bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes.  Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **Wade Brougher**<br>Name<br>**4747 Alabama**<br>Street<br><br>**Houston**  **TX**  **77027**<br>City   State   ZIP Code<br><br>**Relationship to debtor**<br>**President** | **Salary**<br>**$120,854.00** | **1/1/2015-**<br>**12/31/2015** | **Compensation** |

Debtor   **Brougher, Inc**   Case number (if known)   **16-35575**
_____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.2.  **Jerry Brougher**   **Salary**   **1/1/2015-**   **Compensation**
Name   **$88,083.00**   **12/31/2015**
**43 River Hollow Ln**
Street

**Houston**          **TX**   **77027**
City          State   ZIP Code

**Relationship to debtor**
_____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.3.  **Michelle Baker**   **Salary**   **1/1/2015-**   **Compensation**
Name   **$112,153.00**   **12/31/2015**
**331 Crestwater Trail**
Street

**Houston**          **TX**   **77082**
City          State   ZIP Code

**Relationship to debtor**
_____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.4.  **Mark Miller**   **Salary**   **1/1/2015-**   **Compensation**
Name   **$181,593.00**   **12/31/2015**
**13611 Cole Point Drive**
Street

**Humble**          **TX**   **77396**
City          State   ZIP Code

**Relationship to debtor**
_____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.5.  **Wade Brougher**   **Salary**   **Bi-weekly**   **Compensation**
Name   **$330.00**   **11/1/2015-**
**4747 Alabama**   **11/1/2016**
Street

**Houston**          **TX**   **77027**
City          State   ZIP Code

**Relationship to debtor**
**President**
_____

Debtor **Brougher, Inc**      Case number (if known) **16-35575**
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.6. **Jerry Brougher**<br>Name<br>**43 River Hollow Ln**<br>Street<br><br>**Houston**    **TX**    **77027**<br>City    State    ZIP Code | **Salary**<br>**$4,046.00** | **11/1/2015-**<br>**5/31/2016** | **Compensation** |

Relationship to debtor

_____

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Forge USA- 401K Plan** | EIN: **7  6 – 0  6  2  0  7  1  8** |

## Part 14:  Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/23/2016**
MM / DD / YYYY

**X /s/ Wade Brougher**      Printed name **Wade Brougher**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

**Fill in this information to identify the case:**

Debtor name  **Brougher, Inc**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number  **16-35575**
(if known)

☐ Check if this is an
amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Triumph - TBK Bank, SSB 3 Park Central, Suite 1700 Dallas, TX 75251 | | Loan | | $8,000,000.00 | $0.00 | $8,000,000.00 |
| 2 | A. Finkl & Sons P.O. Box 92576 Chicago, IL 60675-2576 | | Parts | | | | $973,388.40 |
| 3 | TNN Manufacturing Co., Inc. 8330 West Little York Houston, TX 77040 | | Services | | | | $382,084.00 |
| 4 | ArcelorMittal Steel USA 28783 Network Place Chicago, IL 60673-1287 | | Parts | | | | $269,282.06 |
| 5 | Global Practice Solutions 6203 Jadecrest Dr. Spring, TX 77389 | | Services | | | | $172,000.00 |

Debtor  **Brougher, Inc**                                    Case number (if known) **16-35575**
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  Universal Stainless & Alloy Products, In P.O. Box 640595 Pittsburgh, PA 15264-0595 | | Parts | | | | $167,486.95 |
| 7  Joseph Unis 8117 Preston Rd., Suite 300 Dallas, TX 75225 | | Services | | | | $131,500.00 |
| 8  Paul Hastings  LLP Lockbox 4803 Los Angeles, CA 90189-4803 | | Attorney | | | | $121,266.66 |
| 9  MELTON & MELTON, L.L.P. 6002 Rogerdale, Suite 200 Houston, TX 77072 | | Accountant | | | | $109,611.21 |
| 10  ASW Steel Inc. P. O. Box 56 Welland Ontario L3B 5N9, CANADA | | Parts | | | | $98,325.82 |
| 11  KNJ Manufacturing, LLC 8550 Fairbanks N Houston Rd. Houston, TX 77064 | | Services | | | | $74,600.00 |
| 12  Iglesias Machine Shop 7545 Breen DR. Houston, TX 77086 | | Services | | | | $64,690.00 |
| 13  BBVA Compass - 8176 PO Box 2210 Decatur, AL 35699 | | Credit Card | | | | $63,615.58 |

| Debtor | **Brougher, Inc** | | Case number (if known) **16-35575** |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  Third Coast Bank SSB P. O. Box 3871 Humble, TX 77347 | | Promissory Note | | $260,114.87 | $200,000.00 | $60,114.87 |
| 15  Mercedes-Benz Financial P.O. Box 5209 Carol Stream, IL 60197-5209 | | Repo Deficiency | | | | $53,000.00 |
| 16  Innova Integrated Solutions, Inc 12111 Brittmoore Park Dr. Houston, TX 77041 | | Services | | | | $50,205.00 |
| 17  Turn Key Machine, LLC P.O. Box 484 Porter, TX 77365 | | Services | | | | $49,380.00 |
| 18  PGT Trucking Inc. P.O. Box 150167 Ogden, UT 84415-0290 | | Services | | | | $44,592.30 |
| 19  Latrobe Specialty Metals Company P.O. Box 644181 Pittsburgh, PA 15264-4181 | | Services | | | | $44,010.00 |
| 20  Cardmember Services P O BOX 94014 PALATINE, IL 60094-4014 | | Credit Card | | | | $41,471.84 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:                                                    CHAPTER   **11**
**Brougher, Inc**


DEBTOR(S)                                              CASE NO   **16-35575**


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Jerry Brougher 43 River Hollow Lane Houston, TX 77027 | Common Stock | | 49% |
| Wade Brougher 4747 W. Alabama Houston, Texas 77027 | Common Stock | | 51 |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**President**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the
best of my information and belief.


Date:__**11/23/2016**_____          Signature:__**/s/ Wade Brougher**_____
                                                                              *Wade Brougher*
                                                                              **President**