IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **Brougher, Inc.,** | ) | |
| | ) | **Case No. 16-35575** |
| Debtor. | ) | |
| | ) | |

**LEAD BIDDER NOTICE**
[Relates to Doc. No. 80]

Pursuant to the Bidding Procedures approved in this case at Docket 80, the Debtor is designating A. Finkl & Sons, Co. as "Lead Bidder" for the assets described in the attached APA[1].

Dated: February 7, 2017

                                                        **OKIN ADAMS LLP**

                                         By: */s/ Christopher Adams*
                                              Christopher Adams
                                              TX Bar No. 24009857
                                              David Curry
                                              TX Bar No. 24065107
                                              1113 Vine St., Suite 201
                                              Houston, Texas  77002
                                              Telephone:  (713) 228-4100
                                              Facsimile:  (888) 865-2118

                                              *Attorneys for the Debtor*

---

[1] The attached APA is subject to final review of, and approval by, the Debtor and TBK Bank, SSB.

-1-

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice has been served via the Court's CM/ECF system to all parties registered to receive such service and mailed by First Class U.S. Mail on those parties listed on the attached Service List on February 7, 2017.

*/s/ Christopher Adams*