# EXHIBIT "B"



# Invoice

| Date | Invoice # |
|---|---|
| 6/6/2017 | 100614 |

| Bill To |
|---|
| Okin & Adams LLP<br>ATTN: ACCOUNTS PAYABLE<br>1113 Vine Street, Suite 201<br>Houston, TX 77002 |

| Remit Payment To |
|---|
| COPY SOURCE 1 LLC<br>6703 CHIMNEY ROCK RD<br>BELLAIRE, TEXAS 77401<br>713-223-5145<br>TAX ID#: 20-0258498 |

| P.O. No. | Terms | Rep | Order By |
|---|---|---|---|
| BROUGHER | Net 30 | AD | TAMMY EASTON |

| Qty | Item | Description | Rate (USD) | Amount (USD) |
|---|---|---|---|---|
| 7,998 | Digital Blowbacks | 8.5x11 B/W Digital blowbacks from digital file | 0.05 | 399.90T |
| 258 | Labels | Computer generated labels produced and applied to originals. | 0.05 | 12.90T |
| 127 | Postage | Postage applied for delivery | 2.03 | 257.81 |
| 1 | Postage | Postage applied for delivery | 4.90 | 4.90 |
| 1 | Postage | Postage applied for delivery | 5.67 | 5.67 |
| 1 | Labor Hour | Labor Hour | 35.00 | 35.00 |
|  |  | REF: BROUGHER - MASS MAILOUT<br>PROJECT#: 1706-040 |  |  |

Accepted By:_____

Date:_____

Phone#:_____

**PAYMENT FOR THIS WORK IS NOT CONTINGENT UPON YOUR CLIENTS ABILITY TO PAY NOR THE ABILITY OF ANY THIRD PARTY TO PAY.**

All amounts due in connection with this Invoice shall bear interest at a rate of 12% per annum beginning 30 days from the date such amounts become due and payable.

| | |
|---|---|
| Subtotal (USD) | $716.18 |
| Sales Tax (USD) (8.25%) | $34.06 |
| Total (USD) | $750.24 |
| Payments/Credits (USD) | $0.00 |
| **Balance Due (USD)** | **$750.24** |