IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/18/2017

| | | |
|---|---|---|
| IN RE | § § § | Chapter 11 |
| BROUGHER, INC. | § § | Case No. 16-35575 |
| DEBTOR. | § § § | |

### ORDER APPROVING STOUT RISIUS ROSS, INC.'S FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES FOR THE PERIOD DECEMBER 28, 2016 THROUGH JULY 31, 2017

[Relates to Docket # 149]

Upon consideration of Stout Risius Ross, Inc.'s ("SRR") Final Application for Allowance and Payment of Fees and Expenses for the Period of December 28, 2016 Through July 31, 2017 (the "Application"),[1] the Court finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Standing Order of Reference of the U.S. Bankruptcy Court for the Southern District of Texas; (b) this is a core proceeding under 28 U.S.C. § 157(b); (c) venue is proper in this Court under 28 U.S.C. § 1408; (d) the relief sought in the Application is in the best interest of the Debtor, its creditors and all parties-in-interest in the case; (e) the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and (f) adequate notice of the Application has been given, no objections were filed, and no other notice is necessary; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor; it is hereby ORDERED THAT:

1. SRR is allowed final compensation of $123,192.50 for professional services and reimbursement of $399.17 for expenses rendered on behalf of the Debtor during the First Interim Application Period.

2. It is ordered that SRR is awarded fees of $123,192.50 and reimbursement of $399.17 for expenses as an administrative expense for the period December 28, 2016 through March 24, 2017.

3. SRR is allowed final compensation of $45,222.50 for professional services rendered on behalf of the Debtor during the Application Period.

4. It is ordered that SRR is awarded fees of $45,222.50 as an administrative expense for the period March 27, 2017 through July 31, 2017.

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms as set forth in the Application.

Case 16-35575   Document 149-7   Filed in TXSB on 09/11/17   Page 2 of 2

JB

5. The ~~Debtors are~~ *Debtor is* authorized and directed to take all other actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

6. This Court shall retain jurisdiction with respect to all matters related to the interpretation or implementation of this Order.

Dated: 12/14/2017

*/s/ Jeff Bohm*
JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE