

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ENTERED
06/22/2018

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BROUGHER, INC.,** | § | **Case No. 16-35575** |
| | § | |
| **DEBTOR** | § | **Chapter 11** |
| | § | |
| | § | |
| **JOHN BAUMGARTNER, TRUSTEE OF THE BROUGHER LITIGATION TRUST,** | § | |
| | § | |
| | § | |
| | § | **Adversary Proceeding** |
| **PLAINTIFF,** | § | |
| | § | **No. 18-03056** |
| **vs.** | § | |
| | § | |
| **A. FINKL & SONS CO.,** | § | |
| | § | |
| | § | |
| **DEFENDANT.** | § | |

<u>**ORDER AUTHORIZING AND APPROVING SETTLEMENT**</u>
**(208)**

Upon the filing of Trustee's Motion Pursuant to Federal Bankruptcy Rule 9019 for an Order Authorizing and Approving Proposed Settlement ("Motion"), the Court having considered the Motion, and after due deliberation and sufficient cause appearing therefore, it is:

**ORDERED** that the Proposed Settlement[1] is Approved; it is further,

**ORDERED** that the Trustee is hereby authorized to take any and all actions necessary to effectuate the Proposed Settlement.

SIGNED **June 22**, 2018

_____
UNITED STATES BANKRUPTCY JUDGE

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion. A true and correct copy of the Proposed Settlement is attached to the Motion as Exhibit A.